# EXHIBIT 1

Law Office of William Carlon
437 Post Street, Napa, CA 94559
william@carlonlaw.com
(530) 514-4115


May 13, 2025

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Joe Chu, General Manager
Joshua Mills, Environmental Manager
Antonia Gunner, Environmental Manager
Anthony Costarella, Fleet Maintenance Manager
Republic Services
BFI Waste Systems of N America
42600 Boyce Road
Fremont, CA 94538

Browning-Ferris Industries, LLC
18500 North Allied Way
Phoenix, AZ 85054


CT Corporation System, Agent for Service of
Process
c/o Amanda Garcia
330 N Brand Blvd.,
Glendale, CA 91203

Jon Vander Ark, Chief Executive Officer
BFI Waste Systems of N America
Republic Services, Inc.
18500 North Allied Way
Phoenix, AZ 85054


**Re:     NOTICE OF VIOLATIONS AND INTENT TO FILE SUIT UNDER THE
FEDERAL WATER POLLUTION CONTROL ACT ("CLEAN WATER ACT")
(33 U.S.C. §§ 1251 *et seq.*)**

Dear Joe Chu, Joshua Mills, Antonia Gunner, Anthony Costarella, and Jon Vander Ark:

This firm represents California Sportfishing Protection Alliance ("CSPA") regarding violations of the Clean Water Act (also referred to herein as the "Act") occurring at the BFI Waste Systems of N America facility located at 42600 Boyce Road, in Fremont, California 94538 ("Facility"). This letter is being sent to you individually, as the responsible owners and/or operators of the enterprise, and as the registered agent for these entities. Unless otherwise noted, Joe Chu, Joshua Mills, Antonia Gunner, Anthony Costarella, Jon Vander Ark, BFI Waste Systems of N America, Republic Services, Inc., and Browning-Ferris Industries, LLC shall hereinafter be collectively referred to as "BFI Waste Systems." The purpose of this letter is to provide BFI Waste Systems with notice of the violations of the Industrial General Permit occurring at the Facility, including, but not limited to, noncompliant discharges of polluted storm water associated with industrial activities from the Facility into local surface waters.

BFI Waste Systems is in ongoing violation of the substantive and procedural requirements of the Clean Water Act, 33 U.S.C. § 1251 *et seq.*, and National Pollutant Discharge Elimination System ("NPDES") General Permit No. CAS000001, State Water Resources Control Board Water Quality Order No. 14-57-DWQ as amended by Order No. 2015-0122-DWQ &

Notice of Violation and Intent to File Suit
May 13, 2025
Page 2

Order No. 2018-0028-DWQ incorporating: 1) Federal Sufficiently Sensitive Test Method Ruling; 2) Total Maximum Daily Load ("TMDL") Implementation Requirements; and 3) Statewide Compliance Options Incentivizing On-Site or Regional Storm Water Capture and Use (collectively "General Permit" or "Permit").[1]

Pursuant to Section 309(d) of the Act (33 U.S.C. § 1319(d)) and the Adjustment of Civil Monetary Penalties for Inflation, 40 C.F.R. § 19.4, each separate violation of the Act subjects BFI Waste Systems to a penalty for all violations occurring during the period commencing five years prior to the date of the Notice Letter. These provisions of law authorize civil penalties of up to $68,445 per day per violation for all Clean Water Act violations occurring after November 2, 2015, where penalties are assessed on or after January 8, 2025.

In addition to civil penalties, CSPA will seek injunctive relief preventing further violations of the Act pursuant to Sections 505(a) and (d) (33 U.S.C. §1365(a) and (d)) and such other relief as permitted by law. Lastly, Section 505(d) of the Act (33 U.S.C. § 1365(d)) permits prevailing parties to recover costs and fees, including attorneys' fees.

The Clean Water Act requires that sixty (60) days prior to the initiation of a citizen-enforcement action under Section 505(a) of the Act (33 U.S.C. § 1365(a)), a citizen enforcer must give notice of its intent to file suit. Notice must be given to the alleged violator, the U.S. Environmental Protection Agency, and the Chief Administrative Officer of the water pollution control agency for the State in which the violations occur. *See* 40 C.F.R. § 135.2. As required by the Act, this letter provides statutory notice of the violations that have occurred, and continue to occur, at the Facility. 40 C.F.R. § 135.3(a). At the expiration of sixty (60) days from the date of this letter, CSPA intends to file suit under Section 505(a) of the Act in federal court against BFI Waste Systems for violations of the Clean Water Act and the Permit.

## I.     Background.

### A.     California Sportfishing Protection Alliance

CSPA is a 501(c)(3) nonprofit public benefit conservation and research organization dedicated to the preservation, protection, and defense of the environment, wildlife, and natural resources throughout the state of California. Members of CSPA own homes and reside in the communities nearby to the San Francisco Bay into which BFI Waste Systems discharges polluted storm water. To further its mission, CSPA actively seeks federal and state implementation of the Clean Water Act. Where necessary, CSPA directly initiates enforcement actions on behalf of itself and its members.

---

[1] BFI Waste Systems most recently submitted a Notice of Intent to comply with the General Permit for the Facility on or about February 21, 2015. The Facility is assigned the Waste Discharge Identification Number 2 01I011668.

Notice of Violation and Intent to File Suit
May 13, 2025
Page 3

Members of CSPA work and reside in Alameda County, and use and enjoy the Lower San Francisco Bay, and its tributaries, and the bordering parks, pathways, and athletic fields. As explained in detail below, BFI Waste Systems discharges pollutants into the Lower San Francisco Bay via the City of Fremont's municipal separate storm sewer system ("MS4") in violation of the Clean Water Act and the General Permit. CSPA members also use and enjoy the Lower San Francisco Bay, including, to fish, bike, boat, kayak, bird watch, view wildlife, hike, and walk, among other recreational activities. Additionally, CSPA members use the Lower San Francisco Bay to engage in scientific study through pollution and habitat monitoring and restoration activities. The unlawful discharge of pollutants from the Facility into the Lower San Francisco Bay impairs CSPA members' use and enjoyment of these waters. The unlawful discharge of pollutants from the Facility requires CSPA to expend its limited resources to study and combat pollution from the Facility. Thus, the interests of CSPA and its members have been, are being, and will continue to be adversely affected by BFI Waste Systems' failure to comply with the Clean Water Act and the General Permit.

B.    **The Clean Water Act.**

Congress enacted the CWA in 1972 in order to "restore and maintain the chemical, physical, and biological integrity of the Nation's waters." 33 U.S.C. § 1251. The Act prohibits the discharge of pollutants into United States waters except as authorized by the statute. 33 U.S.C. § 1311; *San Francisco Bay Keeper, Inc. v. Tosco Corp.*, 309 F.3d 1153, 1156 (9th Cir. 2002). The Act is administered largely through the NPDES permit program. 33 U.S.C. § 1342. In 1987, the Act was amended to establish a framework for regulating storm water discharges through the NPDES system. Water Quality Act of 1987, Pub. L. 100-4, § 405, 101 Stat. 7, 69 (1987) (codified at 33 U.S.C. § 1342(p)); *see also Envtl. Def. Ctr., Inc. v. EPA*, 344 F.3d 832, 840-41 (9th Cir. 2003) (describing the problem of storm water runoff and summarizing the Clean Water Act's permitting scheme). The discharge of pollutants not specifically allowed by a NPDES permit is illegal. *Ecological Rights Found. v. Pacific Lumber Co.*, 230 F.3d 1141, 1145 (9th Cir. 2000).

Much of the responsibility for administering the NPDES permitting system has been delegated to the states. *See* 33 U.S.C. § 1342(b); *see also* Cal. Water Code § 13370 (expressing California's intent to implement its own NPDES permit program). The CWA authorizes states with approved NPDES permit programs to regulate industrial storm water discharges through individual permits issued to dischargers and/or through the issuance of a single, statewide general permit applicable to all industrial storm water dischargers. 33 U.S.C. § 1342(b). Pursuant to Section 402 of the Act, the Administrator of the EPA has authorized California's State Board to issue individual and general NPDES permits in California. 33 U.S.C. § 1342.

C.    **California's General Permit for Storm Water Discharges Associated with Industrial Activities**

Facilities discharging, or having the potential to discharge, storm water associated with industrial activities that have not obtained an individual NPDES permit must apply for coverage under the General Permit by filing a Notice of Intent to Comply ("NOI"). General Permit, Standard Condition XXI.A. These facilities must file their NOIs before the initiation of industrial operations. *Id.* These Permit Registration Documents ("PRD") for NOI coverage must be certified and submitted to SMARTS by the discharger's Legally Responsible Person

Notice of Violation and Intent to File Suit
May 13, 2025
Page 4

("LRP"). General Permit, Section XXI.K.1.

Facilities must strictly comply with all of the terms and conditions of the General Permit. A violation of the General Permit is a violation of the CWA.  The General Permit contains three primary and interrelated categories of requirements: (1) discharge prohibitions, receiving water limitations and effluent limitations; (2) Storm Water Pollution Prevention Plan ("SWPPP") requirements; and (3) self-monitoring and reporting requirements.

Under the General Permit Facilities must submit Exceedance Response Action Plans ("ERA Report") to the State Board outlining effective plans to reduce pollutants if a Facility reports a pollutant above the Numeric Action Level ("NAL").  An annual NAL exceedance occurs when the average of all the analytical results for a parameter from samples taken within a reporting year exceeds the annual NAL value for that parameter.  General Permit Section XII.A. An instantaneous maximum NAL exceedance occurs when two (2) or more analytical results from samples taken for any single parameter within a reporting year exceed the instantaneous maximum NAL value or are outside of the instantaneous maximum NAL range for pH.  *Id.*

### D.    BFI Waste Systems' Facility

BFI Waste Systems' Facility is located at 42600 Boyce Road in Fremont, California 94538.  According to its SWPPP, last updated December 2023, the Facility's primary industrial purpose is to conduct municipal waste hauling and trucking.  The SWPPP also states that the Facility operates Monday through Friday, from 3:00 a.m. to 10:30 p.m.

Information available to CSPA indicates that BFI Waste Systems conducts industrial activities both indoors and outdoors at the approximately 5.4-acre Facility.  Industrial activities at the Facility include, but are not limited to: commercial vehicle parking; commercial vehicle refueling; commercial vehicle repairing; storage and maintenance of portable waste containers; and operation of equipment in support of these activities.

Under the General Permit, BFI Waste Systems is required to analyze its samples of storm water for total suspended solids, oil and grease, and pH.  Facilities must also sample and analyze for additional parameters identified on a facility-specific basis for parameters identified in a pollutant source assessment, for parameters related to receiving water impairments, or as required by the Regional Board.  General Permit, Section XI.B.6.  According to the Facility's NOI, BFI Waste Systems operates under Standard Industrial Classification ("SIC") Code 4212 ("Local Trucking Without Storage").

According to its SWPPP, BFI Waste Systems collects and discharges storm water associated with industrial activities at the Facility through at least four discharge locations, MP-1, MP-2, MP-3, and MP-4 associated with five drainage areas, DA-1, DA-2, DA-3, DA-4, and DA-5.

According to the SWPPP, a series of 12 drain inlets have been installed at topographically low elevations throughout the Facility to facilitate storm water drainage. Storm water that is captured in these drop inlets flows to the four discharge points, which drain to the City of Fremont's MS4, which drains to the Lower San Francisco Bay.

Notice of Violation and Intent to File Suit
May 13, 2025
Page 5

**Drainage Area 1 (DA-1).** The SWPPP states that storm water samples representative of DA-1 are collected from MP-1, which is located at drain inlet 2 (DI-2). The SWPPP indicates that industrial activities in DA-1 include truck traffic, compressed natural gas ("CNG") refueling bays along the northeast and northwest perimeters, overflow truck parking, portable bin storage areas, and bin cutting and painting at the building that also serves as the tire shop. The wash bay area straddles the border between DA-1 and DA-2, and according to the SWPPP drains to the local sanitary sewer system.

**Drainage Areas 2 and 5 (DA-2 and DA-5)**. The SWPPP suggests that storm water samples representative of DA-2 are collected from MP-2, which is located at DI-9. According to the SWPPP, industrial activities in DA-2 include truck traffic, a diesel fueling station, an overflow truck parking area, the maintenance shop building that is also home to shipping and receiving in the southern portion of the area, covered outdoor storage of miscellaneous metal pieces under an awning, electronic waste storage, and canopy-protected waste oil and industrial fluids management stations. Samples collected from MP-2 also include flows from DA-5, which the SWPPP suggests is a non-industrial employee parking lot. The CNG Plant that supplies compressed gas to all site CNG fueling bays is located along the southwest fence-line between administration building and maintenance shop. The footprint of the administration building is also included in DA-2 as its roof drains to downspouts that in turn drain into DA-2.

**Drainage Area 3 (DA-3)**. The SWPPP indicates that storm water samples representative of DA-3 are collected from MP-3, which is located at DI-3. The SWPPP states that industrial activities in DA-3 include truck traffic, CNG refueling bays along the northwest perimeter, and portable bin storage.

**Drainage Area 4 (DA-4)**. The SWPPP states that storm water samples representative of DA-4 are collected at MP-4, which is located at DI-10. The SWPPP states that the only industrial activity in DA-4 is truck traffic flowing into and out of the facility.

The areas of industrial activities are sources of pollutants at the Facility.  In particular, pollutants of concern from these industrial areas and activities at the Facility include total suspended solids ("TSS"), oil and grease ("O&G"), chemicals affecting the chemical oxygen demand ("COD") of storm water discharges, zinc ("Zn"), and copper ("Cu").  Sources of these pollutants include the industrial activities discussed above, tracking of soils, dust, debris, and waste from other areas and offsite from trucks, leaks from trucks, trailers, equipment, and other vehicles. These pollutants are entrained in storm water runoff and can be tracked offsite by vehicles and other equipment. The industrial activities and areas of industrial activity discussed herein generate and release these pollutants from the Facility, and the Facility discharges them via storm water discharges to municipal storm drains that discharge to the Lower San Francisco Bay, and ultimately to the Pacific Ocean ("Impacted Waters").  The Impacted Waters are waters of the United States within the meaning of the Clean Water Act.

## II.    BFI Waste Systems' Violations of the Act and Permit.

Any person or facility discharging storm water associated with industrial activity must comply with the General Permit. *See* 33 U.S.C. §§ 1311(a); 1342; 40 C.F.R. § 122.26(c)(1); General Permit Fact Sheet at VII.

Notice of Violation and Intent to File Suit
May 13, 2025
Page 6

Based on its review of available public documents, CSPA is informed and believes that BFI Waste Systems, through its operation of the Facility, is in ongoing violation of both the substantive and procedural requirements of the CWA and the General Permit. These violations are ongoing and continuous. Consistent with the five-year statute of limitations applicable to citizen enforcement actions brought pursuant to the federal Clean Water Act, BFI Waste Systems is subject to penalties for violations of the Act since May 13, 2020. CSPA expects to identify additional storm water discharges conveying pollutants to the Impacted Waters in violation of the CWA and the General Permit through further investigation of the Facility and as this matter progresses through the rainy season.

A.    **BFI Waste Systems Discharges Storm Water Containing Pollutants in Violation of the General Permit's Discharge Prohibitions, Receiving Water Limitations and Effluent Limitations.**

BFI Waste Systems' storm water sampling results provide conclusive evidence of BFI Waste Systems' failure to comply with the General Permit's discharge prohibitions, receiving water limitations and effluent limitations at its Facility. Self-monitoring reports under the Permit are deemed "conclusive evidence of an exceedance of a permit limitation." *Sierra Club v. Union Oil*, 813 F.2d 1480, 1493 (9th Cir. 1987).

1.    **Applicable Water Quality Standards.**

The General Permit requires that storm water discharges and authorized non-storm water discharges shall not cause or threaten to cause pollution, contamination, or nuisance. General Permit, Discharge Prohibition III.C. The General Permit also prohibits discharges that violate any discharge prohibition contained in the applicable Regional Water Board's Basin Plan or statewide water quality control plans and policies. General Permit, Discharge Prohibition III.D. Furthermore, storm water discharges and authorized non-storm water discharges shall not adversely impact human health or the environment, and shall not cause or contribute to a violation of any water quality standards in any affected receiving water. General Permit, Receiving Water Limitations VI.A, VI.B.

Dischargers are also required to prepare and submit documentation to the Regional Board upon determination that storm water discharges are in violation of the General Permit's Receiving Water Limitations. General Permit, Special Condition XX.B. The documentation must describe changes the discharger will make to its current storm water best management practices ("BMPs") in order to prevent or reduce any pollutant in its storm water discharges that is causing or contributing to an exceedance of water quality standards. *Id*.

The California Toxics Rule ("CTR") is an applicable water quality standard under the Permit, the violation of which is a violation of Permit conditions. *Cal. Sportfishing Prot. Alliance v. Chico Scrap Metal, Inc.*, 2015 U.S. Dist. LEXIS 108314, *21 (E.D. Cal. 2015). The CTR establishes numeric receiving water limits for toxics pollutants in California surface waters. 40 C.F.R. § 131.38. The CTR establishes numeric limits for some of the pollutants discharged by BFI Waste Systems: zinc – 0.12 mg/L (maximum concentration); and, copper – 0.013 mg/L (maximum concentration).

Notice of Violation and Intent to File Suit
May 13, 2025
Page 7

The Water Quality Control Plan for the San Francisco Bay Region ("Basin Plan") sets forth water quality standards and prohibitions applicable to BFI Waste Systems' storm water discharges from its Facility. The Basin Plan identifies existing and potential Beneficial Uses for water bodies in the San Francisco Bay Area, such as the Lower San Francisco Bay, such as preservation of rare and endangered species, water contact and noncontact recreation, fish migration, wildlife habitat, cold and warm freshwater habitat, spawning, and shellfish harvesting, estuarian habitat, and commercial and sport fishing. (Basin Plan, Table 2-1.)

## 2. Applicable Effluent Limitations.

Dischargers are required to reduce or prevent pollutants in their storm water discharges through implementation of best available technology economically achievable ("BAT") for toxic and nonconventional pollutants and best conventional pollutant control technology ("BCT") for conventional pollutants. General Permit, Effluent Limitation V.A. Conventional pollutants include total suspended solids, oil & grease, pH, biochemical oxygen demand and fecal coliform. 40 C.F.R. § 401.16. All other pollutants are either toxic or nonconventional. 40 C.F.R. §§ 401.15-16.

Under the General Permit, benchmark levels established by the EPA ("EPA benchmarks") and Numeric Action Levels ("NAL") serve as guidelines for determining whether a facility discharging industrial storm water has implemented the requisite BAT and BCT. *Santa Monica Baykeeper v. Kramer Metals,* 619 F. Supp. 2d 914, 920, 923 (C.D. Cal 2009); General Permit, Exceedance Response Action XII.A.

The following EPA benchmarks have been established for pollutants discharged by BFI Waste Systems: total suspended solids – 100 mg/L; pH – 6.0-9.0 s.u.; zinc – 0.12 mg/L; chemical oxygen demand – 120 mg/L; and, copper – 0.00519 mg/L. The following Annual NALs have been established for pollutants discharged by BFI Waste Systems: total suspended solids – 100 mg/L; oil & grease – 15.0 mg/L; zinc – 0.26 mg/L; and, copper – 0.0332 mg/L. Additionally, the following instantaneous NALs have been established for pollutants discharged by BFI Waste Systems: pH – 6.0-9.0 s.u.; total suspended solids – 400 mg/L; and oil & grease – 25.0 mg/L.

The General Permit also requires a permittee whose discharges violate the General Permit's Receiving Water Limitations or water quality standards, such as NALs, to implement additional BMPs or other control measures that are tailored to that facility in order to attain compliance with the receiving water limitation. A discharger that is notified by a Regional Board or who determines the discharge is causing or contributing to an exceedance of a water quality standard must comply with the Water Quality Based Corrective Action in Section XX.B of the General Permit and report to the Regional Board regarding the same. General Permit, Section XX.B.

Notice of Violation and Intent to File Suit
May 13, 2025
Page 8

### 3.    BFI Waste Systems' Storm Water Sample Results

As detailed above, BFI Waste Systems' SWPPP describes four discharge points/sampling locations.  Storm water discharged from the Facility flows into the municipal separate storm sewer system to the Impacted Waters.

Except as provided in Section XI.C.4 of the General Permit, samples shall be collected from each drainage area at all discharge locations.  The samples must be: a) representative of storm water associated with industrial activities and any commingled authorized non-storm water discharges; or, b) associated with the discharge of contained storm water.  At this time, CSPA is unable to determine if storm water from the four sampling points at the Facility is representative of industrial storm water at the Facility.

The following discharges of pollutants from the Facility have violated the discharge prohibitions, receiving water limitations and effluent limitations of the Permit:

### a.    Discharge of Storm Water Containing Zinc at Concentrations in Excess of Applicable Water Quality Standards

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | CTR & EPA Benchmark (mg/L) | NAL (mg/L) |
|---|---|---|---|---|---|
| 2/13/2025 | MP-1 | Zn | 0.809 | 0.12 | 0.26 |
| 2/13/2025 | MP-4 | Zn | 0.191 | 0.12 | 0.26 |
| 2/13/2025 | MP-2 | Zn | 0.162 | 0.12 | 0.26 |
| 2/4/2025 | MP-4 | Zn | 0.562 | 0.12 | 0.26 |
| 2/4/2025 | MP-2 | Zn | 0.723 | 0.12 | 0.26 |
| 2/4/2025 | MP-3 | Zn | 0.288 | 0.12 | 0.26 |
| 2/4/2025 | MP-1 | Zn | 0.394 | 0.12 | 0.26 |
| 12/24/2024 | MP-2 | Zn | 0.249 | 0.12 | 0.26 |
| 12/24/2024 | MP-4 | Zn | 0.582 | 0.12 | 0.26 |
| 12/24/2024 | MP-3 | Zn | 1.28 | 0.12 | 0.26 |
| 12/24/2024 | MP-1 | Zn | 0.62 | 0.12 | 0.26 |
| 12/12/2024 | MP-4 | Zn | 0.307 | 0.12 | 0.26 |
| 12/12/2024 | MP-2 | Zn | 0.265 | 0.12 | 0.26 |
| 12/12/2024 | MP-3 | Zn | 1.2 | 0.12 | 0.26 |
| 12/12/2024 | MP-1 | Zn | 0.401 | 0.12 | 0.26 |
| 1/24/2024 | MP-4 | Zn | 0.168 | 0.12 | 0.26 |
| 1/24/2024 | MP-2 | Zn | 0.389 | 0.12 | 0.26 |
| 1/24/2024 | MP-3 | Zn | 0.461 | 0.12 | 0.26 |
| 1/24/2024 | MP-1 | Zn | 0.34 | 0.12 | 0.26 |
| 1/10/2024 | MP-2 | Zn | 0.391 | 0.12 | 0.26 |
| 1/10/2024 | MP-4 | Zn | 0.355 | 0.12 | 0.26 |

Notice of Violation and Intent to File Suit
May 13, 2025
Page 9

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | CTR & EPA Benchmark (mg/L) | NAL (mg/L) |
|---|---|---|---|---|---|
| 1/10/2024 | MP-3 | Zn | 0.499 | 0.12 | 0.26 |
| 1/10/2024 | MP-1 | Zn | 0.308 | 0.12 | 0.26 |
| 12/29/2023 | MP-4 | Zn | 0.582 | 0.12 | 0.26 |
| 12/29/2023 | MP-2 | Zn | 0.729 | 0.12 | 0.26 |
| 12/29/2023 | MP-1 | Zn | 0.495 | 0.12 | 0.26 |
| 12/29/2023 | MP-3 | Zn | 0.429 | 0.12 | 0.26 |
| 12/6/2023 | MP-2 | Zn | 0.339 | 0.12 | 0.26 |
| 12/6/2023 | MP-4 | Zn | 0.639 | 0.12 | 0.26 |
| 12/6/2023 | MP-3 | Zn | 1.57 | 0.12 | 0.26 |
| 12/6/2023 | MP-1 | Zn | 0.772 | 0.12 | 0.26 |
| 2/24/2023 | MP-3 | Zn | 0.2 | 0.12 | 0.26 |
| 2/24/2023 | MP-1 | Zn | 0.4 | 0.12 | 0.26 |
| 2/3/2023 | MP-2 | Zn | 1.8 | 0.12 | 0.26 |
| 2/3/2023 | MP-4 | Zn | 0.77 | 0.12 | 0.26 |
| 2/3/2023 | MP-3 | Zn | 2.1 | 0.12 | 0.26 |
| 2/3/2023 | MP-1 | Zn | 1.9 | 0.12 | 0.26 |
| 11/8/2022 | MP-2 | Zn | 0.17 | 0.12 | 0.26 |
| 11/8/2022 | MP-4 | Zn | 0.18 | 0.12 | 0.26 |
| 11/8/2022 | MP-3 | Zn | 0.31 | 0.12 | 0.26 |
| 11/8/2022 | MP-1 | Zn | 0.13 | 0.12 | 0.26 |
| 11/1/2022 | MP-2 | Zn | 1.3 | 0.12 | 0.26 |
| 11/1/2022 | MP-4 | Zn | 0.54 | 0.12 | 0.26 |
| 11/1/2022 | MP-3 | Zn | 1.6 | 0.12 | 0.26 |
| 11/1/2022 | MP-1 | Zn | 0.38 | 0.12 | 0.26 |

**b. Discharge of Storm Water Containing COD Violating Applicable Water Quality Standards**

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | NAL & EPA Benchmark (mg/L) |
|---|---|---|---|---|
| 2/13/2025 | MP-1 | COD | 240 | 120 |
| 2/4/2025 | MP-4 | COD | 310 | 120 |
| 2/4/2025 | MP-2 | COD | 460 | 120 |
| 2/4/2025 | MP-3 | COD | 280 | 120 |
| 2/4/2025 | MP-1 | COD | 340 | 120 |
| 12/24/2024 | MP-2 | COD | 130 | 120 |
| 12/24/2024 | MP-4 | COD | 230 | 120 |
| 12/24/2024 | MP-3 | COD | 870 | 120 |

Notice of Violation and Intent to File Suit
May 13, 2025
Page 10

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | NAL & EPA Benchmark (mg/L) |
|---|---|---|---|---|
| 12/24/2024 | MP-1 | COD | 370 | 120 |
| 12/12/2024 | MP-2 | COD | 200 | 120 |
| 12/12/2024 | MP-3 | COD | 910 | 120 |
| 12/12/2024 | MP-1 | COD | 270 | 120 |
| 1/24/2024 | MP-2 | COD | 230 | 120 |
| 1/24/2024 | MP-3 | COD | 250 | 120 |
| 1/24/2024 | MP-1 | COD | 340 | 120 |
| 1/10/2024 | MP-2 | COD | 270 | 120 |
| 1/10/2024 | MP-4 | COD | 160 | 120 |
| 1/10/2024 | MP-1 | COD | 140 | 120 |
| 12/29/2023 | MP-4 | COD | 350 | 120 |
| 12/29/2023 | MP-2 | COD | 520 | 120 |
| 12/29/2023 | MP-1 | COD | 350 | 120 |
| 12/29/2023 | MP-3 | COD | 310 | 120 |
| 12/6/2023 | MP-2 | COD | 330 | 120 |
| 12/6/2023 | MP-4 | COD | 470 | 120 |
| 12/6/2023 | MP-3 | COD | 1200 | 120 |
| 12/6/2023 | MP-1 | COD | 1100 | 120 |
| 2/3/2023 | MP-2 | COD | 500 | 120 |
| 2/3/2023 | MP-4 | COD | 400 | 120 |
| 2/3/2023 | MP-3 | COD | 1300 | 120 |
| 2/3/2023 | MP-1 | COD | 1500 | 120 |
| 11/8/2022 | MP-3 | COD | 140 | 120 |
| 11/1/2022 | MP-2 | COD | 590 | 120 |
| 11/1/2022 | MP-4 | COD | 250 | 120 |
| 11/1/2022 | MP-3 | COD | 820 | 120 |
| 11/1/2022 | MP-1 | COD | 220 | 120 |

c. **Discharge of Storm Water Containing Copper at Concentrations in Excess of Applicable Water Quality Standards**

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | EPA Benchmark (mg/L) | NAL (mg/L) |
|---|---|---|---|---|---|
| 2/13/2025 | MP-1 | Cu | 0.0851 | 0.00519 | 0.0332 |
| 2/13/2025 | MP-4 | Cu | 0.0245 | 0.00519 | 0.0332 |
| 2/13/2025 | MP-2 | Cu | 0.0122 | 0.00519 | 0.0332 |
| 2/4/2025 | MP-4 | Cu | 0.0536 | 0.00519 | 0.0332 |
| 2/4/2025 | MP-2 | Cu | 0.047 | 0.00519 | 0.0332 |

Notice of Violation and Intent to File Suit
May 13, 2025
Page 11

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | EPA Benchmark (mg/L) | NAL (mg/L) |
|---|---|---|---|---|---|
| 2/4/2025 | MP-3 | Cu | 0.0407 | 0.00519 | 0.0332 |
| 2/4/2025 | MP-1 | Cu | 0.0402 | 0.00519 | 0.0332 |
| 12/24/2024 | MP-2 | Cu | 0.0212 | 0.00519 | 0.0332 |
| 12/24/2024 | MP-4 | Cu | 0.0467 | 0.00519 | 0.0332 |
| 12/24/2024 | MP-3 | Cu | 0.215 | 0.00519 | 0.0332 |
| 12/24/2024 | MP-1 | Cu | 0.0494 | 0.00519 | 0.0332 |
| 12/12/2024 | MP-4 | Cu | 0.0576 | 0.00519 | 0.0332 |
| 12/12/2024 | MP-2 | Cu | 0.031 | 0.00519 | 0.0332 |
| 12/12/2024 | MP-3 | Cu | 0.156 | 0.00519 | 0.0332 |
| 12/12/2024 | MP-1 | Cu | 0.0466 | 0.00519 | 0.0332 |
| 1/24/2024 | MP-4 | Cu | 0.0219 | 0.00519 | 0.0332 |
| 1/24/2024 | MP-2 | Cu | 0.0325 | 0.00519 | 0.0332 |
| 1/24/2024 | MP-3 | Cu | 0.0825 | 0.00519 | 0.0332 |
| 1/24/2024 | MP-1 | Cu | 0.0382 | 0.00519 | 0.0332 |
| 1/10/2024 | MP-2 | Cu | 0.0299 | 0.00519 | 0.0332 |
| 1/10/2024 | MP-4 | Cu | 0.0269 | 0.00519 | 0.0332 |
| 1/10/2024 | MP-3 | Cu | 0.106 | 0.00519 | 0.0332 |
| 1/10/2024 | MP-1 | Cu | 0.0396 | 0.00519 | 0.0332 |
| 12/29/2023 | MP-4 | Cu | 0.0531 | 0.00519 | 0.0332 |
| 12/29/2023 | MP-2 | Cu | 0.0616 | 0.00519 | 0.0332 |
| 12/29/2023 | MP-1 | Cu | 0.0668 | 0.00519 | 0.0332 |
| 12/29/2023 | MP-3 | Cu | 0.105 | 0.00519 | 0.0332 |
| 12/6/2023 | MP-2 | Cu | 0.0463 | 0.00519 | 0.0332 |
| 12/6/2023 | MP-4 | Cu | 0.0677 | 0.00519 | 0.0332 |
| 12/6/2023 | MP-3 | Cu | 0.27 | 0.00519 | 0.0332 |
| 12/6/2023 | MP-1 | Cu | 0.15 | 0.00519 | 0.0332 |
| 2/24/2023 | MP-4 | Cu | 0.0065 | 0.00519 | 0.0332 |
| 2/24/2023 | MP-3 | Cu | 0.0254 | 0.00519 | 0.0332 |
| 2/24/2023 | MP-1 | Cu | 0.0459 | 0.00519 | 0.0332 |
| 2/3/2023 | MP-2 | Cu | 0.0829 | 0.00519 | 0.0332 |
| 2/3/2023 | MP-4 | Cu | 0.055 | 0.00519 | 0.0332 |
| 2/3/2023 | MP-3 | Cu | 0.23 | 0.00519 | 0.0332 |
| 2/3/2023 | MP-1 | Cu | 0.23 | 0.00519 | 0.0332 |
| 11/8/2022 | MP-2 | Cu | 0.011 | 0.00519 | 0.0332 |
| 11/8/2022 | MP-4 | Cu | 0.017 | 0.00519 | 0.0332 |
| 11/8/2022 | MP-3 | Cu | 0.04 | 0.00519 | 0.0332 |
| 11/8/2022 | MP-1 | Cu | 0.023 | 0.00519 | 0.0332 |

Notice of Violation and Intent to File Suit
May 13, 2025
Page 12

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | EPA Benchmark (mg/L) | NAL (mg/L) |
|------|------|------|------|------|------|
| 11/1/2022 | MP-2 | Cu | 0.12 | 0.00519 | 0.0332 |
| 11/1/2022 | MP-4 | Cu | 0.048 | 0.00519 | 0.0332 |
| 11/1/2022 | MP-3 | Cu | 0.22 | 0.00519 | 0.0332 |
| 11/1/2022 | MP-1 | Cu | 0.059 | 0.00519 | 0.0332 |

**d. Discharge of Storm Water Containing Oil & Grease at Concentrations in Excess of Applicable Water Quality Standards**

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | Annual NAL (mg/L) | Instantaneous NAL (mg/L) |
|------|------|------|------|------|------|
| 2/13/2025 | MP-1 | O&G | 30 | 15 | 25 |
| 2/4/2025 | MP-4 | O&G | 22 | 15 | 25 |
| 2/4/2025 | MP-2 | O&G | 35 | 15 | 25 |
| 2/4/2025 | MP-3 | O&G | 21 | 15 | 25 |
| 2/4/2025 | MP-1 | O&G | 23 | 15 | 25 |
| 1/24/2024 | MP-2 | O&G | 16 | 15 | 25 |
| 1/10/2024 | MP-1 | O&G | 18 | 15 | 25 |
| 12/6/2023 | MP-3 | O&G | 17 | 15 | 25 |
| 12/6/2023 | MP-1 | O&G | 19 | 15 | 25 |
| 2/3/2023 | MP-2 | O&G | 28 | 15 | 25 |
| 2/3/2023 | MP-3 | O&G | 19 | 15 | 25 |
| 2/3/2023 | MP-1 | O&G | 28 | 15 | 25 |
| 2/11/2021 | MP-1 | O&G | 18 | 15 | 25 |
| 1/27/2021 | MP-3 | O&G | 22 | 15 | 25 |
| 12/17/2020 | MP-2 | O&G | 26 | 15 | 25 |
| 12/17/2020 | MP-1 | O&G | 24 | 15 | 25 |
| 11/17/2020 | MP-1 | O&G | 16 | 15 | 25 |

**e. Discharge of Storm Water Containing Total Suspended Solids at Concentrations in Excess of Applicable Water Quality Standards**

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | Annual NAL (mg/L) |
|------|------|------|------|------|
| 2/13/2025 | MP-2 | TSS | 120 | 100 |
| 2/13/2025 | MP-1 | TSS | 630 | 100 |
| 2/13/2025 | MP-4 | TSS | 170 | 100 |

Notice of Violation and Intent to File Suit
May 13, 2025
Page 13

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | Annual NAL (mg/L) |
|---|---|---|---|---|
| 2/4/2025 | MP-4 | TSS | 200 | 100 |
| 2/4/2025 | MP-2 | TSS | 270 | 100 |
| 2/4/2025 | MP-3 | TSS | 110 | 100 |
| 2/4/2025 | MP-1 | TSS | 130 | 100 |
| 12/24/2024 | MP-4 | TSS | 240 | 100 |
| 12/24/2024 | MP-3 | TSS | 1200 | 100 |
| 12/24/2024 | MP-1 | TSS | 200 | 100 |
| 12/12/2024 | MP-4 | TSS | 110 | 100 |
| 12/12/2024 | MP-3 | TSS | 860 | 100 |
| 1/24/2024 | MP-4 | TSS | 120 | 100 |
| 1/24/2024 | MP-2 | TSS | 330 | 100 |
| 1/24/2024 | MP-3 | TSS | 570 | 100 |
| 1/24/2024 | MP-1 | TSS | 460 | 100 |
| 1/10/2024 | MP-2 | TSS | 190 | 100 |
| 1/10/2024 | MP-4 | TSS | 190 | 100 |
| 1/10/2024 | MP-3 | TSS | 980 | 100 |
| 1/10/2024 | MP-1 | TSS | 240 | 100 |
| 12/29/2023 | MP-4 | TSS | 290 | 100 |
| 12/29/2023 | MP-2 | TSS | 240 | 100 |
| 12/29/2023 | MP-1 | TSS | 260 | 100 |
| 12/29/2023 | MP-3 | TSS | 600 | 100 |
| 12/6/2023 | MP-4 | TSS | 160 | 100 |
| 12/6/2023 | MP-3 | TSS | 940 | 100 |
| 12/6/2023 | MP-1 | TSS | 1200 | 100 |
| 2/3/2023 | MP-2 | TSS | 140 | 100 |
| 2/3/2023 | MP-4 | TSS | 240 | 100 |
| 2/3/2023 | MP-3 | TSS | 930 | 100 |
| 2/3/2023 | MP-1 | TSS | 600 | 100 |
| 11/8/2022 | MP-3 | TSS | 190 | 100 |
| 11/1/2022 | MP-2 | TSS | 160 | 100 |
| 11/1/2022 | MP-3 | TSS | 290 | 100 |
| 4/21/2022 | MP-4 | TSS | 120 | 100 |
| 4/11/2022 | MP-3 | TSS | 130 | 100 |
| 4/11/2022 | MP-1 | TSS | 280 | 100 |
| 4/11/2022 | MP-4 | TSS | 440 | 100 |
| 12/22/2021 | MP-4 | TSS | 210 | 100 |
| 12/22/2021 | MP-3 | TSS | 140 | 100 |
| 12/13/2021 | MP-1 | TSS | 230 | 100 |

Notice of Violation and Intent to File Suit
May 13, 2025
Page 14

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | Annual NAL (mg/L) |
|---|---|---|---|---|
| 12/13/2021 | MP-2 | TSS | 370 | 100 |
| 12/13/2021 | MP-3 | TSS | 300 | 100 |
| 12/13/2021 | MP-4 | TSS | 220 | 100 |
| 2/11/2021 | MP-4 | TSS | 2500 | 100 |
| 2/11/2021 | MP-2 | TSS | 1500 | 100 |
| 2/11/2021 | MP-3 | TSS | 1100 | 100 |
| 2/11/2021 | MP-1 | TSS | 400 | 100 |
| 1/27/2021 | MP-2 | TSS | 1900 | 100 |
| 12/17/2020 | MP-4 | TSS | 220 | 100 |
| 12/17/2020 | MP-2 | TSS | 610 | 100 |
| 12/17/2020 | MP-1 | TSS | 480 | 100 |
| 11/17/2020 | MP-1 | TSS | 350 | 100 |

### f. BFI Waste Systems' Sample Results Are Evidence of Violations of the General Permit

BFI Waste Systems' sample results demonstrate violations of the Permit's discharge prohibitions, receiving water limitations and effluent limitations set forth above. CSPA is informed and believes that BFI Waste Systems has known that its storm water contains pollutants at levels exceeding applicable water quality standards since at least May 13, 2020, including at least thirty-five exceedances of water quality standards for chemical oxygen demand; forty-six exceedances of water quality standards for copper; seventeen exceedances of water quality standards for oil and grease; fifty-three exceedances of water quality standards for total suspended solids; and, forty-five exceedances of water quality standards for zinc.

CSPA alleges that such violations occur each time storm water discharges from the Facility. **Attachment 1** hereto, sets forth the specific rain dates on which CSPA alleges that BFI Waste Systems has discharged storm water containing impermissible levels of chemical oxygen demand, copper, oil and grease, total suspended solids, and zinc in violation of the General Permit. General Permit, Discharge Prohibitions III.C and III.D; Receiving Water Limitations VI.A, VI.B; Effluent Limitations V.A and V.C.

### 4. BFI Waste Systems Has Failed to Implement BAT and BCT

Dischargers must implement BMPs that fulfill the BAT/BCT requirements of the CWA and the General Permit to reduce or prevent discharges of pollutants in their storm water discharges. General Permit, Effluent Limitation V.A. To meet the BAT/BCT standard, dischargers must implement minimum BMPs and any advanced BMPs set forth in the General Permit's SWPPP Requirements provisions where necessary to reduce or prevent pollutants in discharges. *See* General Permit, Sections V, X.H.1-2.

BFI Waste Systems has failed to implement and maintain the minimum BMPs required

Notice of Violation and Intent to File Suit
May 13, 2025
Page 15

by the General Permit as evidenced by the exceedances identified above.  Specifically, BFI Waste Systems has failed to comply with the following: good housekeeping requirements; preventive maintenance requirements; spill and leak prevention and response requirements; material handling and waste management requirements; erosion and sediment controls; employee training and quality assurance; and record keeping.  Permit, Section X.H.1(a-g).

BFI Waste Systems has further failed to implement advanced BMPs necessary to reduce or prevent discharges of pollutants in its storm water sufficient to meet the BAT/BCT standards, including: exposure minimization BMPs; containment and discharge reduction BMPs; treatment control BMPs; or other advanced BMPs necessary to comply with the General Permit's effluent limitations.  General Permit, Sections X.H.2.  BFI Waste Systems' own storm water sampling results are further evidence of its failure to implement BMPs that meet the BAT/BCT standards. In reporting years identified below, BFI Waste Systems has exceeded the applicable NAL for chemical oxygen demand, copper, oil and grease, total suspended solids, and zinc.  CSPA alleges that if BFI Waste Systems had collected the required number of samples in each reporting period, it would have exceeded the applicable NAL for additional pollutants, and in additional years.

| Reporting Year | Pollutant | Average Pollutant Concentration | Numeric Action Level (Annual) |
|---|---|---|---|
| 2024-2025[2] | COD | 313 mg/L | 120 mg/L |
| 2023-2024 | COD | 390 mg/L | 120 mg/L |
| 2022-2023 | COD | 378 mg/L | 120 mg/L |
| 2021-2022 | COD | NO SAMPLES | 120 mg/L |
| 2020-2021 | COD | NO SAMPLES | 120 mg/L |
| 2024-2025[2] | Cu | 0.0579 mg/L | 0.0332 mg/L |
| 2023-2024 | Cu | 0.0749 mg/L | 0.0332 mg/L |
| 2022-2023 | Cu | 0.0761 mg/L | 0.0332 mg/L |
| 2021-2022 | Cu | NO SAMPLES | 0.0332 mg/L |
| 2020-2021 | Cu | NO SAMPLES | 0.0332 mg/L |
| 2024-2025[2] | O&G | 13 mg/L[3] | 15 mg/L (Annual) |
| 2022-2023 | O&G | 8 mg/L[3] | 15 mg/L (Annual) |
| 2024-2025[2] | TSS | 281 mg/L[4] | 100 mg/L (Annual) |
| 2023-2024 | TSS | 428 mg/L[4] | 100 mg/L (Annual) |
| 2022-2023 | TSS | 185 mg/L[4] | 100 mg/L (Annual) |
| 2021-2022 | TSS | 217 mg/L | 100 mg/L (Annual) |
| 2020-2021 | TSS | 824 mg/L[4] | 100 mg/L (Annual) |
| 2024-2025[2] | Zn | 0.50 mg/L | 0.26 mg/L |
| 2023-2024 | Zn | 0.53 mg/L | 0.26 mg/L |
| 2022-2023 | Zn | 0.75 mg/L | 0.26 mg/L |

---

[2] As of the date of this letter – the 2024-2025 reporting year ends June 30, 2025.
[3] At least two samples exceeded the instantaneous NAL of 25 mg/L during this reporting year.
[4] At least two samples exceeded the instantaneous NAL of 400 mg/L during this reporting year.

Notice of Violation and Intent to File Suit
May 13, 2025
Page 16

| Reporting Year | Pollutant | Average Pollutant Concentration | Numeric Action Level (Annual) |
|---|---|---|---|
| 2021-2022 | Zn | NO SAMPLES | 0.26 mg/L |
| 2020-2021 | Zn | NO SAMPLES | 0.26 mg/L |

In response to NAL exceedances of TSS in the 2020-2021 reporting year, BFI Waste Systems prepared a Level 2 Technical Report dated June 21, 2022. The Facility had entered ERA Level 2 for TSS on July 1, 2019, and remains there to this day. The 2021 Technical Report purports to evaluate the sources of TSS at the Facility and to evaluate whether the BMPs described in the Facility's SWPPP have been effective at reducing or preventing TSS pollution. The 2021 Level 2 Technical Report further purports to assess the Facility's SWPPP and its implementation to determine whether additional BMPs or SWPPP implementation measures are necessary to reduce or prevent TSS in the Facility's discharges from exceeding the General Permit's NALs.

The 2021 Technical Report identifies the following BMPs that were either implemented, or scheduled to be implemented, in 2021 and 2022 to address the TSS pollution:

- Paved areas at the Facility are swept weekly by a vendor;
- Inlet filters are installed, and are serviced by a vendor twice a year;
- A concrete berm was constructed around the wash rack in June 2021;
- During the 2020-2021 reporting year, the Facility used waterproof tarps to cover the electronic storage bins and other materials stored outdoors prior to rain events; and,
- Staff training occurred in October 2020, and a new consultant was hired in May 2020 to conduct monthly inspections and sampling activities.

The following BMPs were identified as recommended BMPs, but the report does not specify whether they were implemented or not:

- Utilize storm drain covers in dry season to avoid buildup of sediment in storm drains;
- Utilize secondary containment trays to store materials that are located outdoors;
- Improve filtration BMPs in and around drain inlets;
- Implement post-construction cleaning activities to ensure residual pollutants from construction are removed.

The following year, an updated ERA Level 2 Technical Report, dated July 15, 2022, was prepared to address the TSS pollution reported in the 2021-2022 reporting year. The 2022 Technical Report identified sweeping, inlet filters, containing wash bay runoff, secondary containment trays, training, and re-paving of the entire facility as BMPs that had been implemented to address the TSS pollution.

The 2022 Technical Report identifies the following BMPs that were either implemented, or scheduled to be implemented, in 2022-2023 to address TSS pollution:

- Witches hat drop inlet filters;

Notice of Violation and Intent to File Suit
May 13, 2025
Page 17

- Filtrexx Siltsoxx Sediment & Oil and Grease Wattles;
- Rainproof Cover/Awnings;
- Increased sweeping; and,
- Storm drain covers.

Whether or not these BMPs were implemented in the 2022-2023 reporting year, the Facility remained in ERA Level 2 for TSS, and prepared another updated ERA Level 2 Technical Report for TSS in July 2023. The 2023 report acknowledges that storm drain covers were not implemented in the prior year, and identifies two additional BMPs for implementation in the 2023-2024 reporting year:

- Restricting truck washing to the designated wash bay, though this is identified as only addressing potential non-storm water discharges; and,
- Possibly building additional awnings to keep electronic waste from contacting storm water.

The BMPs have continued to prove ineffective at reducing TSS pollution, and the Facility remained in ERA Level 2 for TSS through the 2023-2024 reporting year. An updated Technical Report for TSS was prepared in July 2024. Four additional BMPs were identified to address the continued TSS exceedances:

- Increased maintenance of inlet filters;
- Possibly using storm drain covers;
- Possibly using witches hat type filters in drop inlets; and,
- Increased sweeping to daily frequency beginning in October 2024.

These BMPs, whether or not they were actually implemented, have proved ineffective at addressing the TSS exceedances, as evidenced by the continued exceedances of the TSS NALs. The ERA Technical Reports did not identify meaningful improvements to the BMPs at the Facility, and BFI Waste Systems did not implement all of the BMPs recommended in the reports.

In 2023, after the first full reporting year when the Facility began sampling for COD, Cu, and Zn, the Facility entered into ERA Level 1 for all three parameters and completed an ERA Level 1 Report and Evaluation. The recommended improvements were largely the same as those already identified in the Technical Reports submitted between 2021 and 2024. Whether or not the Facility implemented any of the identified improvements, BFI Waste Systems continued to exceed NALs for all three parameters in reporting years 2023-2024 and 2024-2025.

BFI Waste Systems has failed to implement BAT/BCT at the Facility because the Facility continues to discharge storm water containing pollutants in concentrations that exceed NALs after the BMPs were purportedly implemented – or BFI Waste Systems simply failed to implement any additional BMPs at all. In addition, the Facility continues to discharge storm water containing COD, Cu, TSS, and Zn in excess of the NAL standards.

Each day that BFI Waste Systems has failed to develop and implement BAT and BCT at

Notice of Violation and Intent to File Suit
May 13, 2025
Page 18

the Facility in violation of the General Permit is a separate and distinct violation of Section 301(a) of the Act, 33 U.S.C. § 1311(a).  BFI Waste Systems has been in violation of the BAT and BCT requirements at its Facility every day since at least May 13, 2020.

> **5.    BFI Waste Systems Has Failed to Comply with the Monitoring Requirements of the General Permit.**

The General Permit requires dischargers to implement a Monitoring Implementation Plan.  General Permit, Section X.I.  As part of their monitoring plan, dischargers must identify all storm water discharge locations.  Permit, Section X.I.2.  Dischargers must then conduct monthly visual observations of each drainage area, as well as visual observations during discharge sampling events.  General Permit, Section XI.A.1 and 2.

Dischargers must collect and analyze storm water samples from two (2) storm events within the first half of each reporting year (July 1 to December 31) and two (2) storm events during the second half of each reporting year (January 1 to June 30).  General Permit, Section XI.B.  Section XI.B requires dischargers to sample and analyze during the wet season for basic parameters such as pH, total suspended solids ("TSS") and oil and grease ("O&G"), certain industry-specific parameters set forth in Table 2 of the General Permit, and other pollutants likely to be in the storm water discharged from the facility based on the pollutant source assessment.  General Permit, Section XI.B.6.  Dischargers must submit all sampling and analytical results via SMARTS within thirty (30) days of obtaining all results for each sampling event.  General Permit, Section XI.B.11.

BFI Waste Systems has failed to develop and implement an adequate Monitoring Implementation Plan for its Facility, and has thus violated the monitoring requirements of the General Permit.  BFI Waste Systems has failed to collect the required number of samples for each reporting period, and has failed to have each of those samples analyzed for all required parameters.  For example, BFI Waste Systems failed to have their storm water samples analyzed for COD, Cu, and Zn from at least May 13, 2020 until November 1, 2022; and, BFI Waste Systems failed to collect the required number of samples from the following discharge points during the specified reporting years:

| Reporting Year | Discharge Point | Number of Samples Collected in 1st Half of Reporting Period | Number of Samples Collected in 2nd Half of Reporting Period |
|---|---|---|---|
| 2020-2021 | MP-1 | 2 | 1 |
| 2020-2021 | MP-2 | 2 | 1 |
| 2020-2021 | MP-3 | 0 | 2 |
| 2020-2021 | MP-4 | 1 | 2 |
| 2021-2022 | MP-1 | 2 | 1 |
| 2021-2022 | MP-2 | 2 | 1 |
| 2021-2022 | MP-3 | 2 | 1 |
| 2024-2025 | MP-3 | 2 | 1 |

Notice of Violation and Intent to File Suit
May 13, 2025
Page 19

Each day that BFI Waste Systems has failed to develop and implement an adequate Monitoring Implementation Plan is a separate and distinct violation of the Act and Permit. BFI Waste Systems has been in violation of the Monitoring requirements every day since at least May 13, 2020.

## 6. BFI Waste Systems Has Failed to Develop and Implement an Adequate Storm Water Pollution Prevention Plan.

The General Permit requires dischargers to develop and implement a site-specific SWPPP. General Permit, Section X.A. The SWPPP must include, among other elements: (1) the facility name and contact information; (2) a site map; (3) a list of industrial materials; (4) a description of potential pollution sources; (5) an assessment of potential pollutant sources; (6) minimum BMPs; (7) advanced BMPs, if applicable; (8) a monitoring implementation plan; (9) annual comprehensive facility compliance evaluation; and, (10) the date that the SWPPP was initially prepared and the date of each SWPPP amendment, if applicable. *See id.*

Dischargers must revise their SWPPP whenever necessary and certify and submit via the Regional Board's Storm Water Multiple Application and Report Tracking System ("SMARTS") their SWPPP within 30 days whenever the SWPPP contains significant revisions(s); and, certify and submit via SMARTS for any non-significant revisions not more than once every three (3) months in the reporting year. General Permit, Section X.B.

CSPA's investigation indicates that BFI Waste Systems has been operating with an inadequately developed and implemented SWPPP in violation of General Permit requirements. BFI Waste Systems has failed to evaluate the effectiveness of its BMPs and to revise its SWPPP as necessary, has failed to develop and implement an adequate site map, and has failed to describe and evaluate the industrial materials and potential pollutant sources at the Facility, all of which have resulted in the Facility's numerous continuing effluent limitation violations.

Each day BFI Waste Systems failed to develop and implement an adequate SWPPP at its Facility is a violation of the General Permit. The SWPPP violations described above were at all times in violation of Section X of the General Permit. BFI Waste Systems has been in violation of these requirements at its Facility every day since at least May 13, 2020.

## 7. BFI Waste Systems Has Failed to Submit Timely, True and Correct Reports.

Section XVI of the Permit requires dischargers to submit an Annual Report by July 15th of each reporting year to the Regional Board. The Annual Report must be signed and certified by a discharger's Legally Responsible Person, or Duly Authorized Representative. General Permit, Sections XVI.A, XXI.K. The Annual Report must include a compliance checklist, certifying compliance with the General Permit and an explanation of any non-compliance. General Permit, Section XVI.B.

The General Permit also requires dischargers who exceed NALs to comply with

Notice of Violation and Intent to File Suit
May 13, 2025
Page 20

Exceedance Response Actions, Section XII.

CSPA's investigations indicate that BFI Waste Systems has submitted incomplete Annual Reports and purported to comply with the Permit despite significant noncompliance at its Facility. As discussed above, BFI Waste Systems has failed to substantively engage in the ERA process, and has submitted deficient Technical Reports in response to year after year of NAL exceedances. BFI Waste Systems' Technical Reports are inadequate as evidenced by the continued exceedances of TSS. Furthermore, BFI Waste Systems has failed to accurately report their noncompliance to the Regional Board, and has failed to submit all required reports pursuant to Sections XX.B and XII in response to their numerous exceedances of NALs. Each day BFI Waste Systems failed to submit timely, true and correct reports is a separate violation of the Clean Water Act. BFI Waste Systems has been in violation of these requirements at its Facility every day since at least May 13, 2020.

**III.    Persons Responsible for the Violations.**

CSPA puts BFI Waste Systems on notice that they are the persons and entities responsible for the violations described above. If additional persons are subsequently identified as also being responsible for the violations set forth above, CSPA puts BFI Waste Systems on formal notice that it intends to include those persons in this action.

**IV.    Name and Address of Noticing Parties.**

The name, address and telephone number of each of the noticing parties is as follows:

Chris Shutes, Executive Director
California Sportfishing Protection Alliance
1608 Francisco Street
Berkeley, CA 94703,
(510) 421-2405

**V.    Counsel.**

CSPA has retained legal counsel to represent it in this matter. Please direct all communications to:

William N. Carlon
Law Office of William Carlon
437 Post Street
Napa, CA 94559
(530) 514-4115
william@carlonlaw.com

**VI.    Conclusion**

Notice of Violation and Intent to File Suit
May 13, 2025
Page 21

     CSPA believes this Notice of Violations and Intent to File Suit sufficiently states grounds for filing suit.  We intend to file a citizen suit under Section 505(a) of the CWA against BFI Waste Systems and their agents for the above-referenced violations upon the expiration of the 60-day notice period.  If you wish to pursue remedies in the absence of litigation, we suggest that you initiate those discussions within the next 20 days so that they may be completed before the end of the 60-day notice period.  We do not intend to delay the filing of a complaint in federal court if discussions are continuing when that period ends.

Sincerely,

William N. Carlon
Law Office of William Carlon
Counsel for CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

Notice of Violation and Intent to File Suit
May 13, 2025
Page 22

## <u>SERVICE LIST</u>

### <u>VIA CERTIFIED MAIL</u>

Lee Zeldin, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Josh F.W. Cook, Regional Administrator
U.S. Environmental Protection Agency, Region IX
75 Hawthorne Street
San Francisco, CA 94105

Pamela Bondi, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Eric Oppenheimer, Executive Director
State Water Resources Control Board
P.O. Box 100
Sacramento, CA 95812

Eileen White, Executive Officer
San Francisco Regional Water Quality Control Board
1515 Clay Street, Suite 1400
Oakland, CA 94612

**ATTACHMENT A**
**Notice of Intent to File Suit, BFI Waste Systems**
**Significant Rain Events,\* May 13, 2020– May 13, 2025**

| | | | |
|---|---|---|---|
| May 17, 2020 | December 1, 2022 | May 2, 2023 | November 25, 2024 |
| May 19, 2020 | December 3, 2022 | May 6, 2023 | December 12, 2024 |
| November 17, 2020 | December 4, 2022 | November 6, 2023 | December 14, 2024 |
| December 12, 2020 | December 10, 2022 | November 18, 2023 | December 16, 2024 |
| December 13, 2020 | December 11, 2022 | November 29, 2023 | December 23, 2024 |
| December 17, 2020 | December 12, 2022 | December 18, 2023 | December 24, 2024 |
| December 31, 2020 | December 27, 2022 | December 19, 2023 | December 27, 2024 |
| January 4, 2021 | December 29, 2022 | December 20, 2023 | January 3, 2025 |
| January 25, 2021 | December 30, 2022 | December 30, 2023 | January 31, 2025 |
| January 27, 2021 | December 31, 2022 | January 3, 2024 | February 1, 2025 |
| January 28, 2021 | January 1, 2023 | January 6, 2024 | February 4, 2025 |
| January 29, 2021 | January 3, 2023 | January 10, 2024 | February 5, 2025 |
| February 12, 2021 | January 4, 2023 | January 14, 2024 | February 6, 2025 |
| February 15, 2021 | January 5, 2023 | January 17, 2024 | February 7, 2025 |
| March 6, 2021 | January 8, 2023 | January 20, 2024 | February 13, 2025 |
| March 10, 2021 | January 9, 2023 | January 22, 2024 | February 14, 2025 |
| March 11, 2021 | January 10, 2023 | January 24, 2024 | March 2, 2025 |
| March 15, 2021 | January 11, 2023 | February 1, 2024 | March 6, 2025 |
| March 18, 2021 | January 13, 2023 | February 2, 2024 | April 1, 2025 |
| October 21, 2021 | January 14, 2023 | February 4, 2024 | |
| October 22, 2021 | January 15, 2023 | February 5, 2024 | |
| October 24, 2021 | January 16, 2023 | February 6, 2024 | |
| October 25, 2021 | January 19, 2023 | February 7, 2024 | |
| November 1, 2021 | February 3, 2023 | February 18, 2024 | |
| December 13, 2021 | February 4, 2023 | February 19, 2024 | |
| December 14, 2021 | February 5, 2023 | February 20, 2024 | |
| December 16, 2021 | February 24, 2023 | March 1, 2024 | |
| December 22, 2021 | February 27, 2023 | March 2, 2024 | |
| December 23, 2021 | February 28, 2023 | March 6, 2024 | |
| December 24, 2021 | March 5, 2023 | March 23, 2024 | |
| December 25, 2021 | March 7, 2023 | March 24, 2024 | |
| December 26, 2021 | March 8, 2023 | March 28, 2024 | |
| December 27, 2021 | March 9, 2023 | March 29, 2024 | |
| March 28, 2022 | March 10, 2023 | March 30, 2024 | |
| April 11, 2022 | March 12, 2023 | April 4, 2024 | |
| April 16, 2022 | March 14, 2023 | April 5, 2024 | |
| April 21, 2022 | March 19, 2023 | April 13, 2024 | |
| September 19, 2022 | March 21, 2023 | May 4, 2024 | |
| November 1, 2022 | March 22, 2023 | November 11, 2024 | |
| November 7, 2022 | March 28, 2023 | November 22, 2024 | |
| November 8, 2022 | March 29, 2023 | November 23, 2024 | |

\* Significant Rain Events are days where the 24-hour rainfall total was at least 0.1 inches according to publicly
available rain and weather data collected at a station located near the Facility.