WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
(530) 514-4115
william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BFI WASTE SYSTEMS OF NORTH AMERICA, LLC AND REPUBLIC SERVICES, INC.,<br><br>    Defendants. | Case No:<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (Local Rule 3-15)** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated:  July 14, 2025          LAW OFFICE OF WILLIAM CARLON


                               By:    /s/ William Carlon
                                      William Carlon
                                      Attorney for Plaintiff
                                      CALIFORNIA SPORTFISHING
                                      PROTECTION ALLIANCE