THOMAS M. BRUEN (SBN 63324)
ERIK A. REINERTSON (SBN 218031)
LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation
1990 N. California Boulevard, Suite 800
Walnut Creek, CA 94596
Telephone:     (925) 708-4149
Email:         tbruen@tbsglaw.com
               ereinertson@tbsglaw.com

Attorneys for Defendants BFI WASTE
SYSTEMS OF NORTH AMERICA, LLC
& REPUBLIC SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE<br><br>*Plaintiff,*<br><br>*vs.*<br><br>BFI WASTE SYSTEMS OF NORTH AMERICA, LLC and REPUBLIC SERVICES, INC.,<br><br>*Defendants.* | Case No. 3:25-cv-05868<br>**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND CIVIL PENALTIES**<br><br>**JURY TRIAL REQUESTED**<br><br>Complaint Filed:     July 14, 2025 |

Defendants BFI WASTE SYSTEMS OF NORTH AMERICA, LLC ("BFI Waste Systems") and REPUBLIC SERVICES, INC. ("Republic," and collectively with BFI Waste Systems, the "Defendants") answer Plaintiff California Sportfishing Protection Alliance's ("Plaintiff" or "CSPA") Complaint as follows:

## I.     JURISDICTION AND VENUE

1.     Answering paragraph 1 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

2.      Answering paragraph 2 of the Complaint, Defendants admit that they received a Notice of Violation and Intent to File Suit from Plaintiff's counsel, dated May 13, 2025. As to the remainder of the allegations of Paragraph 2, Defendants state that they are without knowledge or information sufficient to form a belief as to the truth of the allegations and deny each and every such allegation on that basis.

3.      Answering Paragraph 3 of the Complaint, Defendants admit that sixty days have passed since May 13, 2025, but as to the remainder of the allegations of Paragraph 3, Defendants state that they are without knowledge or information sufficient to form a belief as to the truth of the allegations and deny each and every such allegation on that basis.

4.      Answering paragraph 4 of the Complaint, Defendants deny all allegations thereof which refer to alleged "sources of the violations". As to the remainder of the allegations of Paragraph 4, such allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

## II.    <u>INTRODUCTION</u>

5.      Answering paragraph 5 of the Complaint, Defendants deny that they own the real property located at 42600 Boyce Road in Fremont, California. Defendants admit that Defendant BFI Waste Systems operates a solid waste collection vehicle corporation yard at this location pursuant to a lease of the property. Defendants deny that they are violating the Clean Water Act and deny each and every such other allegation of this paragraph.

6.      Answering paragraph 6 of the Complaint, Defendants deny that they discharge pollution-contaminated storm water from the Boyce Road corporation yard in violation of the Clean Water Act and deny all other allegations of this paragraph.

7.      Answering paragraph 7 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

ANSWER TO COMPLAINT

8.      Answering paragraph 8 of the Complaint, Defendants deny each and every allegation thereof.

9.      Answering paragraph 9 of the Complaint, Defendants deny each and every allegation thereof.

10.     Answering paragraph 10 of the Complaint, Defendants deny each and every allegation thereof.

11.     Answering paragraph 11 of the Complaint, Defendants deny each and every allegation thereof.

12.     Answering paragraph 12 of the Complaint, Defendants deny each and every allegation thereof.

13.     Answering paragraph 13 of the Complaint, Defendants deny each and every allegation thereof.

14.     Answering paragraph 14 of the Complaint, Defendants deny each and every allegation thereof.

15.     Answering paragraph 15 of the Complaint, Defendants deny each and every allegation thereof.

16.     Answering paragraph 16 of the Complaint, Defendants deny each and every allegation thereof.

17.     Answering paragraph 17 of the Complaint, Defendants deny each and every allegation thereof.

**III.   PARTIES**

18.     Answering paragraph 18 of the Complaint, Defendants lack information and belief as to the truth of the allegations in this paragraph and on that basis deny each and every such allegation.

19.     Answering paragraph 19 of the Complaint, Defendants lack information and belief as to the truth of the allegations in this paragraph and on that basis deny each and every such allegation.

ANSWER TO COMPLAINT

20.    Answering paragraph 20 of the Complaint, Defendants lack information and belief as to the truth of the allegations in this paragraph and on that basis deny each and every such allegation.

21.    Answering paragraph 21 of the Complaint, Defendants deny each and every allegation thereof.

22.    Answering paragraph 22 of the Complaint, Defendants deny each and every allegation thereof.

23.    Answering paragraph 23 of the Complaint, Defendants deny each and every allegation thereof.

24.    Answering paragraph 24 of the Complaint, Defendants deny each and every allegation thereof.

25.    Answering paragraph 25 of the Complaint, Defendants admit that Defendant BFI Waste Systems is a limited liability company organized under Delaware law and that it is registered with the California Secretary of State to do business in California.

26.    Answering paragraph 26 of the Complaint, Defendants admit that Defendant BFI Waste Systems operates a solid waste collection vehicle corporation yard at the Boyce Road property and deny each and every remaining allegation in this paragraph.

27.    Answering paragraph 27 of the Complaint, admit the allegations of this paragraph.

28.    Answering paragraph 28 of the Complaint, Defendants deny each and every allegation thereof.

29.    Answering paragraph 29 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

\\

\\

## IV.    LEGAL BACKGROUND

### A.    Clean Water Act

30.    Answering paragraph 30 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

31.    Answering paragraph 31 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

32.    Answering paragraph 32 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

33.    Answering paragraph 33 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

34.    Answering paragraph 34 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

35.    Answering paragraph 35 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

36.    Answering paragraph 36 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

37.    Answering paragraph 37 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

\\

1

## B. California General Industrial Permit

2
3
4

38.    Answering paragraph 38 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

5
6
7

39.    Answering paragraph 39 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

8
9
10

40.    Answering paragraph 40 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

11
12
13

41.    Answering paragraph 41 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

14
15
16

42.    Answering paragraph 42 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

17
18
19

43.    Answering paragraph 43 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

20
21
22

44.    Answering paragraph 44 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

23
24
25

45.    Answering paragraph 45 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

26
27
28

46.    Answering paragraph 46 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

47.    Answering paragraph 47 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

48.    Answering paragraph 48 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

49.    Answering paragraph 49 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

50.    Answering paragraph 50 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

51.    Answering paragraph 51 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

52.    Answering paragraph 52 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

53.    Answering paragraph 53 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

54.    Answering paragraph 54 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

55.    Answering paragraph 55 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

56.    Answering paragraph 56 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

57.    Answering paragraph 57 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

58.    Answering paragraph 58 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

59.    Answering paragraph 59 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

60.    Answering paragraph 60 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

61.    Answering paragraph 61 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

62.    Answering paragraph 62 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

63.    Answering paragraph 63 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

64.    Answering paragraph 64 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

ANSWER TO COMPLAINT

65.    Answering paragraph 65 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

66.    Answering paragraph 66 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

67.    Answering paragraph 67 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

68.    Answering paragraph 68 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

69.    Answering paragraph 69 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

70.    Answering paragraph 70 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

71.    Answering paragraph 71 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

## V.    STATEMENT OF FACTS

### A.    The Facility.

72.    Answering paragraph 72 of the Complaint, Defendants admit that BFI Waste Systems operates a solid waste collection vehicle corporation yard at the Boyce Road property. Defendants deny each and every remaining allegation thereof.

73.    Answering paragraph 73 of the Complaint, Defendants admit that the SWPPP makes the quoted statement but otherwise deny each and every allegation of this paragraph.

74.    Answering paragraph 74 of the Complaint, Defendants admit that some industrial activities of BFI Waste Systems occur at the Boyce Road Property and, except as so expressly admitted, deny each and every allegation thereof.

75.    Answering paragraph 75 of the Complaint, Defendants deny each and every allegation of this paragraph.

76.    Answering paragraph 76 of the Complaint, Defendants admit that BFI Waste Systems has submitted a Notice of Intent to Comply with the General Permit and except as so expressly admitted deny each and every allegation of this paragraph.

77.    Answering paragraph 77 of the Complaint, Defendants admit that the Facility has been assigned a Waste Discharge Identification number of 2 011011668 and, except as so expressly admitted, deny each and every allegation of this paragraph.

78.    Answering paragraph 78 of the Complaint, Defendants admit that the Facility has been operating in accordance with the General Permit since February 21, 2015, and, except as so expressly admitted, deny each and every allegation of this paragraph.

79.    Answering paragraph 79 of the Complaint, Defendants admit that the Facility collects and discharges stormwater to a privately owned drainage pipe that runs across and under the property from upstream properties via an easement and, except as so expressly admitted, deny each and every allegation of this paragraph.

80.    Answering paragraph 80 of the Complaint, these allegations are conclusions of counsel and Defendants deny and each and every allegation of this paragraph.

81.    Answering paragraph 81 of the Complaint, these allegations are conclusions of counsel which misquote the SWPPP; Defendants deny and each and every allegation of this paragraph.

82.     Answering paragraph 82 of the Complaint, these allegations are conclusions of counsel which misquote the SWPPP; Defendants deny and each every allegation of this paragraph.

83.     Answering paragraph 83 of the Complaint, these allegations are conclusions of counsel which misquote the SWPPP; Defendants deny and each every allegation of this paragraph.

84.     Answering paragraph 84 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

85.     Answering paragraph 85 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required; nevertheless, Defendants deny each and every such allegation thereof.

**B.     The Facility's Storm Water Discharges.**

86.     Answering paragraph 86 of the Complaint, Defendants deny each and every allegation thereof.

87.     Answering paragraph 87 of the Complaint, Defendants deny each and every allegation thereof.

88.     Answering paragraph 88 of the Complaint, Defendants deny each and every allegation thereof.

89.     Answering paragraph 89 of the Complaint, Defendants deny each and every allegation thereof.

90.     Answering paragraph 90 of the Complaint, Defendants deny each and every allegation thereof.

91.     Answering paragraph 91 of the Complaint, Defendants deny each and every allegation thereof.

92.     Answering paragraph 92 of the Complaint, Defendants deny each and every allegation thereof.

93.     Answering paragraph 93 of the Complaint, Defendants deny each and every allegation thereof.

94.     Answering paragraph 94 of the Complaint, Defendants deny each and every allegation thereof.

95.     Answering paragraph 95 of the Complaint, Defendants deny each and every allegation thereof.

96.     Answering paragraph 96 of the Complaint, Defendants deny each and every allegation thereof.

97.     Answering paragraph 97 of the Complaint, Defendants deny each and every allegation thereof.

98.     Answering paragraph 98 of the Complaint, Defendants deny each and every allegation thereof.

99.     Answering paragraph 99 of the Complaint, Defendants deny each and every allegation thereof.

100.    Answering paragraph 100 of the Complaint, Defendants deny each and every allegation thereof.

101.    Answering paragraph 101 of the Complaint, Defendants deny each and every allegation thereof.

102.    Answering paragraph 102 of the Complaint, Defendants deny each and every allegation thereof.

103.    Answering paragraph 103 of the Complaint, Defendants deny each and every allegation thereof.

104.    Answering paragraph 104 of the Complaint, Defendants deny each and every allegation thereof.

105.    Answering paragraph 105 of the Complaint, Defendants deny each and every allegation thereof.

106.    Answering paragraph 106 of the Complaint, Defendants deny each and every allegation thereof.

107.    Answering paragraph 107 of the Complaint, Defendants deny each and every allegation thereof.

108.    Answering paragraph 108 of the Complaint, Defendants deny each and every allegation thereof.

109.    Answering paragraph 109 of the Complaint, Defendants deny each and every allegation thereof.

110.    Answering paragraph 110 of the Complaint, Defendants deny each and every allegation thereof.

111.    Answering paragraph 111 of the Complaint, Defendants deny each and every allegation thereof.

112.    Answering paragraph 112 of the Complaint, Defendants deny each and every allegation thereof.

113.    Answering paragraph 113 of the Complaint, Defendants deny each and every allegation thereof.

114.    Answering paragraph 114 of the Complaint, Defendants deny each and every allegation thereof.

115.    Answering paragraph 115 of the Complaint, Defendants deny each and every allegation thereof.

116.    Answering paragraph 116 of the Complaint, Defendants deny each and every allegation thereof.

117.    Answering paragraph 117 of the Complaint, Defendants deny each and every allegation thereof.

118.    Answering paragraph 118 of the Complaint, Defendants deny each and every allegation thereof.

119.    Answering paragraph 119 of the Complaint, Defendants deny each and every allegation thereof.

120.    Answering paragraph 120 of the Complaint, Defendants deny each and every allegation thereof.

ANSWER TO COMPLAINT

121.    Answering paragraph 121 of the Complaint, Defendants deny each and every allegation thereof.

122.    Answering paragraph 122 of the Complaint, Defendants deny each and every allegation thereof.

123.    Answering paragraph 123 of the Complaint, Defendants deny each and every allegation thereof.

124.    Answering paragraph 124 of the Complaint, Defendants deny each and every allegation thereof.

125.    Answering paragraph 125 of the Complaint, Defendants deny each and every allegation thereof.

126.    Answering paragraph 126 of the Complaint, Defendants deny each and every allegation thereof.

127.    Answering paragraph 127 of the Complaint, Defendants deny each and every allegation thereof.

128.    Answering paragraph 128 of the Complaint, Defendants deny each and every allegation thereof.

129.    Answering paragraph 129 of the Complaint, Defendants deny each and every allegation thereof.

130.    Answering paragraph 130 of the Complaint, Defendants deny each and every allegation thereof.

131.    Answering paragraph 131 of the Complaint, Defendants deny each and every allegation thereof.

132.    Answering paragraph 132 of the Complaint, Defendants deny each and every allegation thereof.

133.    Answering paragraph 133 of the Complaint, Defendants deny each and every allegation thereof.

134.    Answering paragraph 134 of the Complaint, Defendants deny each and every allegation thereof.

135.    Answering paragraph 135 of the Complaint, Defendants deny each and every allegation thereof.

136.    Answering paragraph 136 of the Complaint, Defendants deny each and every allegation thereof.

137.    Answering paragraph 137 of the Complaint, Defendants deny each and every allegation thereof.

138.    Answering paragraph 138 of the Complaint, Defendants deny each and every allegation thereof.

139.    Answering paragraph 139 of the Complaint, Defendants deny each and every allegation thereof.

140.    Answering paragraph 140 of the Complaint, Defendants deny each and every allegation thereof.

141.    Answering paragraph 141 of the Complaint, Defendants deny each and every allegation thereof.

## V.    CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

142.    Answering paragraph 142 of the Complaint, Defendants incorporate their responses to each of the preceding paragraphs by reference as though set forth fully herein

143.    Answering paragraph 143 of the Complaint, Defendants deny each and every allegation thereof.

144.    Answering paragraph 144 of the Complaint, Defendants deny each and every allegation thereof.

145.    Answering paragraph 145 of the Complaint, Defendants deny each and every allegation thereof.

146.    Answering paragraph 146 of the Complaint, Defendants deny each and every allegation thereof.

147.    Answering paragraph 147 of the Complaint, Defendants deny each and every allegation thereof.

148.    Answering paragraph 148 of the Complaint, Defendants deny each and every allegation thereof.

149.    Answering paragraph 149 of the Complaint, Defendants deny each and every allegation thereof.

150.    Answering paragraph 150 of the Complaint, Defendants deny each and every allegation thereof.

151.    Answering paragraph 151 of the Complaint, Defendants deny each and every allegation thereof.

## SECOND CLAIM FOR RELIEF

152.    Answering paragraph 152 of the Complaint, Defendants incorporate their responses to each of the preceding paragraphs by reference as though set forth fully herein.

153.    Answering paragraph 153 of the Complaint, Defendants deny each and every allegation thereof.

154.    Answering paragraph 154 of the Complaint, Defendants deny each and every allegation thereof.

155.    Answering paragraph 155 of the Complaint, Defendants deny each and every allegation thereof.

156.    Answering paragraph 156 of the Complaint, Defendants deny each and every allegation thereof.

157.    Answering paragraph 157 of the Complaint, Defendants deny each and every allegation thereof.

158.    Answering paragraph 158 of the Complaint, Defendants deny each and every allegation thereof.

159.   Answering paragraph 159 of the Complaint, Defendants deny each and every allegation thereof.

160.   Answering paragraph 160 of the Complaint, Defendants deny each and every allegation thereof.

161.   Answering paragraph 161 of the Complaint, Defendants deny each and every allegation thereof.

<u>**THIRD CLAIM FOR RELIEF**</u>

162.   Answering paragraph 162 of the Complaint, Defendants incorporate their responses to each of the preceding paragraphs by reference as though set forth fully herein.

163.   Answering paragraph 163 of the Complaint, Defendants deny each and every allegation thereof.

164.   Answering paragraph 164 of the Complaint, Defendants deny each and every allegation thereof.

165.   Answering paragraph 165 of the Complaint, Defendants deny each and every allegation thereof.

166.   Answering paragraph 166 of the Complaint, Defendants deny each and every allegation thereof.

167.   Answering paragraph 167 of the Complaint, Defendants deny each and every allegation thereof.

168.   Answering paragraph 168 of the Complaint, Defendants deny each and every allegation thereof.

169.   Answering paragraph 169 of the Complaint, Defendants deny each and every allegation thereof.

170.   Answering paragraph 170 of the Complaint, Defendants deny each and every allegation thereof.

171.   Answering paragraph 171 of the Complaint, Defendants deny each and every allegation thereof.

172.    Answering paragraph 172 of the Complaint, Defendants deny each and every allegation thereof.

## FOURTH CLAIM FOR RELIEF

173.    Answering paragraph 173 of the Complaint, Defendants incorporate their responses to each of the preceding paragraphs by reference as though set forth fully herein.

174.    Answering paragraph 174 of the Complaint, Defendants deny each and every allegation thereof.

175.    Answering paragraph 175 of the Complaint, Defendants deny each and every allegation thereof.

176.    Answering paragraph 176 of the Complaint, Defendants deny each and every allegation thereof.

177.    Answering paragraph 177 of the Complaint, Defendants deny each and every allegation thereof.

178.    Answering paragraph 178 of the Complaint, Defendants deny each and every allegation thereof.

179.    Answering paragraph 179 of the Complaint, Defendants deny each and every allegation thereof.

180.    Answering paragraph 180 of the Complaint, Defendants deny each and every allegation thereof.

181.    Answering paragraph 181 of the Complaint, Defendants deny each and every allegation thereof.

## FIFTH CLAIM FOR RELIEF

182.    Answering paragraph 182 of the Complaint, Defendants incorporate their responses to each of the preceding paragraphs by reference as though set forth fully herein.

183.    Answering paragraph 183 of the Complaint, Defendants deny each and every allegation thereof.

184.    Answering paragraph 184 of the Complaint, Defendants deny each and every allegation thereof.

185.    Answering paragraph 185 of the Complaint, Defendants deny each and every allegation thereof.

186.    Answering paragraph 186 of the Complaint, Defendants deny each and every allegation thereof.

187.    Answering paragraph 187 of the Complaint, Defendants deny each and every allegation thereof.

188.    Answering paragraph 188 of the Complaint, Defendants deny each and every allegation thereof.

189.    Answering paragraph 189 of the Complaint, Defendants deny each and every allegation thereof.

## **GENERAL DENIAL**

Except as expressly alleged or admitted by Defendants in this Answer, Defendants deny each and every allegation of the Complaint and deny that Plaintiff is entitled to any relief whatsoever.

## **AFFIRMATIVE DEFENSES**

In further answer to the Complaint, Defendants assert the following affirmative defenses, without assuming the burden of proof on any such defense that would otherwise be on Plaintiff:

## **FIRST AFFIRMATIVE DEFENSE**

1.    As a separate and affirmative defense, Defendants are informed and believe, and on that basis allege, that Plaintiff's claims are barred on the grounds that the Complaint fails to state facts sufficient to constitute a claim upon which relief can be granted.

## **SECOND AFFIRMATIVE DEFENSE**

2.    As a separate and affirmative defense, Defendants are informed and believe, and on that basis allege, that Plaintiff lacks standing to assert the claims in the Complaint

because Plaintiff has not suffered damage or injury. Further, Defendants is informed and believe and, on that basis, allege that Plaintiff is not a *bona fide* organization and does not have any members who themselves would impart standing to Plaintiff to assert the claims in the Complaint.

### THIRD AFFIRMATIVE DEFENSE

3.      As a separate and affirmative defense, Defendants are informed and believe, and on that basis allege, that Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

4.      As a separate and affirmative defense, Defendants are informed and believe, and on that basis allege, that Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE

5.      As a separate and affirmative defense, Defendants are informed and believe, and on that basis allege, that Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

### SIXTH AFFIRMATIVE DEFENSE

6.       As a separate and affirmative defense, Defendants are informed and believe, and on that basis allege, that Plaintiff's claims are barred, in whole or in part, to the extent that Plaintiff has suffered any harm, such alleged harm was caused in whole or in part by Plaintiff and/or by third parties over which Defendants had no control and for which Defendants is not responsible.

### SEVENTH AFFIRMATIVE DEFENSE

7.      As a separate and affirmative defense, Defendants are informed and believe, and on that basis allege, that insofar as Plaintiff alleges violation of regulations and standards set and enforced by governmental agencies, including but not limited to the United States Environmental Protection Agency, Regional Water Quality Control Board, Bay Area Region, and State Water Resources Control Board, the primary jurisdiction

20

over these matters resides with the governmental agencies and this Court should dismiss Plaintiffs' claims based thereon.

### EIGHTH AFFIRMATIVE DEFENSE

8.    As a separate and affirmative defense, Defendants is informed and believe, and on that basis allege, that all conduct and activity of the Defendants alleged in the Plaintiff's Complaint conformed to or exceeded all statutes, government regulations applicable at the time of said conduct and activity.

### NINTH AFFIRMATIVE DEFENSE

9.    As a separate and affirmative defense, Defendant BFI Waste System's actions conformed to industry standards and practices and were based upon the state of knowledge existing at the time such actions took place.

### TENTH AFFIRMATIVE DEFENSE

10.    As a separate and affirmative defense, Defendants are informed and believe, and on that basis allege, that Plaintiff's Complaint, and each claim contained therein, is barred on the ground that Defendants are not liable for any acts or omissions undertaken by or at the direction or sufferance of any local, state, or federal authority, including, but not limited to, acts or omissions made in accordance with permits, regulations, ordinances, statutes, and laws applicable at the time the acts or omissions alleged in the complaint, if any, occurred.

### ELEVENTH AFFIRMATIVE DEFENSE

11.    As a separate and affirmative defense, Defendants are informed and believe, and on that basis allege, that Plaintiff has failed to state a claim upon which attorneys' fees and costs can be awarded.

### TWELFTH AFFIRMATIVE DEFENSE

12.    As a separate and affirmative defense, Defendants are informed and believe, and on that basis allege, that each claim set forth in Plaintiff's Complaint is barred on the grounds that they are preempted by federal and/or state law, in that the alleged claims purport to impose requirements and standards different from and in conflict with the

standards imposed by federal and/or state law.

## THIRTEENTH AFFIRMATIVE DEFENSE

13.    As a separate and affirmative defense, Defendants is informed and believes, and on that basis allege, that the Complaint, in whole or in part, is barred on the grounds that Plaintiff's sixty-day notice was inadequate and did not comply with 33 U.S.C. § 1365(b) or the U.S. Environmental Protection Agency's implementing regulations at 40 C.F.R. § 135.3(a).

## FOURTEENTH AFFIRMATIVE DEFENSE

14.    As a separate and affirmative defense, Defendants are informed and believe, and on that basis allege, that the Complaint, in whole or in part, is barred on the grounds that this Court lacks subject matter jurisdiction over this dispute because there are no ongoing violations at any facility alleged in the Complaint for which Defendants are responsible.

## FIFTEENTH AFFIRMATIVE DEFENSE

15.    As a separate and affirmative defense, Defendants are informed and believe, and on that basis allege, that the Complaint is barred in whole or in part because this Court lacks subject matter jurisdiction.

## SIXTEENTH AFFIRMATIVE DEFENSE

16.    As a separate and affirmative defense, Defendants are informed and believe that the Complaint fails and is barred, in whole or in part, because this Court lacks subject matter jurisdiction over this dispute in that there are no ongoing violations at the Boyce Road corporation yard.

## SEVENTEENTH AFFIRMATIVE DEFENSE

17.    As a separate and affirmative defense, Defendants are informed and believe, and on that basis allege, that the Complaint is barred in whole or in part by the applicable statutes of limitations, including but not limited to 28 U.S.C. §2462.

## EIGHTEENTH AFFIRMATIVE DEFENSE

18.    As a separate and affirmative defense, Defendants are informed and believe,

and on that basis allege, that the Complaint is barred in whole or in part by the doctrine of abstention.

### NINETEENTH AFFIRMATIVE DEFENSE

19.    As a separate and affirmative defense, Defendants are informed and believe, and on that basis allege, that the Complaint is barred in whole or in part because there has been no discharge to navigable waters as defined by 33 U.S.C. 1362(7), or to "waters of the United States," as defined in 40 C.F.R. § 122.2.

### TWENTIETH AFFIRMATIVE DEFENSE

20.    Plaintiff's claims for civil penalties and injunctive relief should be dismissed because the government regulations and permits conditions that are the basis for these claims are subjective, indefinite and ambiguous, and are capable of differing interpretations.  Therefore, the imposition of civil penalties and injunctive relief based on these regulations violates the due process clauses of the U.S. Constitution. See, *Bittner v. United States* 598 U.S. 85 (2023) and *U.S. v. Trident Seafoods Corp.*, 60 F.3d 556 (9th Cir. 1995). ("We have reasoned that when "violation of a regulation subjects private parties to criminal or civil sanctions, a regulation cannot be construed to mean what an agency intended but did not adequately express." *Phelps Dodge Corp. v. Federal Mine Safety and Health Review Comm'n*, 681 F.2d 1189, 1193 (9th Cir.1982) (internal quotation omitted). Thus, "[t]he responsibility to promulgate clear and unambiguous standards is on the [agency]. The test is not what [the agency] might possibly have intended, but what [was] said. If the language is faulty, the [agency] had the means and obligation to amend." *Marshall v. Anaconda Co.*, 596 F.2d 370, 377 n. 6 (9th Cir.1979).

### TWENTY-FIRST AFFIRMATIVE DEFENSE

21.    Defendants have insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, separate defenses available. Defendants reserve the right to amend this Answer to add, delete, or modify defenses based upon legal theories which may or will be divulged through discovery or through further legal analysis of Plaintiff's positions in this litigation.

1

2      **WHEREFORE,** Defendants pray that:

3      1.      Plaintiff takes nothing and each of its demands and requests, including

4  declaratory relief, injunctive relief, restoration, civil penalties, and attorneys' fees, is

5  denied. The Complaint and each purported "cause of action" contained therein should be

6  dismissed with prejudice and that judgment be entered for Defendants.

7      2.  That Defendants be granted the right to a trial by jury;

8      3.      That Defendants be awarded their costs of suit, including all reasonable

9  attorneys' fees incurred in this action;

10     4.      That Defendants be awarded such other and further relief as the Court deems

11  just and proper.

12  DATED:      September 22, 2025           LAW OFFICES OF THOMAS M. BRUEN

13                                          A Professional Corporation

14                                          /s/ Thomas M. Bruen

15                                          Attorneys for Defendants

16                                          BFI WASTE SYSTEMS OF NORTH
                                            AMERICA, LLC and REPUBLIC

17                                          SERVICES, INC.

18

19

20

21

22

23

24

25

26

27

28

# DEMAND FOR JURY TRIAL

Defendants BFI Waste Systems of North America, LLC and Republic Services, Inc. hereby demand a trial by jury of all issues in this action triable to a jury, in accordance with Rule 38(b) the Federal Rules of Civil Procedure.

DATED:      September 22, 2025          LAW OFFICES OF THOMAS M. BRUEN
                                        A Professional Corporation

                                        /s/ Thomas M. Bruen
                                        Attorneys for Defendants
                                        BFI WASTE SYSTEMS OF NORTH
                                        AMERICA, LLC and REPUBLIC
                                        SERVICES, INC.

1