THOMAS M. BRUEN (SBN 63324)
ERIK A. REINERTSON (SBN 218031)
LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation
1990 N. California Boulevard, Suite 800
Walnut Creek, CA  94596
Telephone:     (925) 708-4149
Email:            tbruen@tbsglaw.com
                    ereinertson@tbsglaw.com

Attorneys for Defendants BFI WASTE SYSTEMS OF NORTH AMERICA, LLC & REPUBLIC SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE<br><br>*Plaintiff,*<br><br>vs.<br><br>BFI WASTE SYSTEMS OF NORTH AMERICA, LLC and REPUBLIC SERVICES, INC.,<br><br>*Defendants.* | Case No. 3:25-cv-05868<br><br>**DEFENDANTS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PARTIES (Local Rule 3-15)**<br><br>**DEFENDANTS' CORPORATE DISCLOSURE (F.R.Civ. P., Rule 7.1)**<br><br>Complaint Filed:     July 14, 2025 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

The undersigned further certifies that Defendant BFI Waste Systems of North America, LLC is a subsidiary of Defendant Republic Services, Inc. Defendant Republic Services, Inc. is a corporation whose stock is publicly traded on the New York Stock Exchange.

1

DATED: September 22, 2025

LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation

/s/ Thomas M. Bruen
Attorneys for Defendants
BFI WASTE SYSTEMS OF NORTH AMERICA, LLC and REPUBLIC SERVICES, INC.

ANSWER TO COMPLAINT

DEMAND FOR JURY TRIAL

1