UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

California Sportfishing Protection Alliance

Plaintiff(s)

v.

BFI Waste Systems of North America

Defendant(s)

CASE No C 3:25-cv-05868-LB

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: September 25, 2025         /s/William Carlon
                                 Attorney for Plaintiff

Date: September 25, 2025         /s/ Thomas M. Bruen
                                 Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: October 6, 2025

_____
U.S. ~~DISTRICT~~/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: " Stipulation & Proposed Order Selecting Mediation" or " Stipulation & Proposed Order Selecting ENE" or " Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or " Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 1-15-2019