# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## PRE-SETTLEMENT SCHEDULING CONFERENCE MINUTES

| **Date:** December 11, 2025 | **Time:** 3:00 PM - 3:19 PM (19 minutes) | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 25-cv-05868-LB | **Case Name:** California Sportfishing Protection Alliance v. BFI Waste Systems of North America, LLC | |

**For Plaintiff(s):** William Carlon
**For Defendant(s):** Thomas Bruen

**Deputy Clerk:** Cindy C. Fan           **Court Reporter:** Not Reported

## PROCEEDINGS

Pre-Settlement Telephonic Scheduling Conference held via Zoom conference call.
A **Further Scheduling call is set for 1/26/2026 at 11:00am.**