| | |
|---|---|
| 1 | WILLIAM N. CARLON (SBN 305739) |
| 2 | LAW OFFICE OF WILLIAM CARLON |
|   | 437 Post Street |
| 3 | Napa, CA 94559 |
|   | Tel: (530) 514-4115 |
| 4 | Email: william@carlonlaw.com |
| 5 | Attorneys for Plaintiff |
|   | CALIFORNIA SPORTFISHING |
| 6 | PROTECTION ALLIANCE |
| 7 | THOMAS M. BRUEN (SBN 63324) |
|   | ERIK A. REINERTSON (SBN 218031) |
| 8 | LAW OFFICES OF THOMAS M. BRUEN |
| 9 | A Professional Corporation |
|   | 1990 N. California Boulevard, Suite 800 |
| 10 | Walnut Creek, CA  94596 |
|   | Telephone:     (925) 708-4149 |
| 11 | Email:          tbruen@tbsglaw.com |
| 12 |                 ereinertson@tbsglaw.com |
|   | Attorneys for Defendants BFI WASTE |
| 13 | SYSTEMS OF NORTH AMERICA, LLC |
|   | & REPUBLIC SERVICES, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE | ) ) ) | Case Number: 3:25-cv-05868-LB |
| Plaintiff, | ) ) | **STIPULATION TO EXTEND TIME TO COMPLETE ADR SESSION AND TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE &** |
| vs. | ) ) | **[PROPOSED] ORDER** |
| BFI WASTE SYSTEMS, LLC and REPUBLIC SERVICES, INC., | ) ) ) | |
| Defendants. | ) ) ) ) ) | |

**WHEREAS**, the Court previously ordered the Parties to participate in an alternative dispute resolution session by February 26, 2026;

---

Stipulation to Extend Time
re ADR and CMC
　　　　　　1　　　　　　Case No: 3:25-cv-05868-LB

**WHEREAS**, the Parties are actively and diligently engaged in settlement discussions since the inception of the lawsuit;

**WHEREAS**, those discussions involve complex and technical issues, including but not limited to engineering, design, and implementation consideration, which require consultation with technical experts and the exchange and evaluation of detailed information;

**WHEREAS**, the Parties are continuing to work cooperatively to address and resolve those technical issues, but additional time is necessary to complete that process in a meaningful and informed manner;

**WHEREAS**, the Parties believe that extending the deadline to complete the ADR session will promote judicial economiy and increase the likelihood of resolving this matter without further litigation;

**WHEREAS**, the Court set a further case management conference to occur after the completion of the ADR session, on March 19, 2026, with the updated case management conference statement due one week before, on March 12, 2026;

**WHEREAS**, the Parties also seek to continue the further case management conference to occur after the ADR session;

**WHEREAS**, the requested extension is sought for good cause and not for purposes of delay;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their respective counsel of record, subject to approval by the Court, as follows:

1. The deadline to complete the ADR session shall be extended from February 26, 2026 to May 27, 2026;
2. The further case management conference shall be continued from March 19, 2026 at 11:00 a.m. to June 18, 2026 at 11:00 a.m.;
3. The deadline to file an updated joint case management conference statement shall be extended from March 12, 2026 to June 11, 2026;

4. All other dates and deadlines set forth in the Court's prior orders shall remain unchanged unless otherwise ordered by the Court.

**IT IS SO STIPULATED.**

Dated: January 26, 2026  /s/ William Carlon
Counsel for Plaintiff

Dated: January 26, 2026  /s/ Thomas Bruen
Counsel for Defendants

## ORDER

Good cause appearing, and **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 26, 2026

UNITED STATES MAGISTRATE JUDGE
LAUREL BEELER