# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## PRE-SETTLEMENT SCHEDULING CONFERENCE MINUTES

| | | |
|---|---|---|
| **Date:** March 12, 2026 | **Time:** 3:07 PM - 3:29 PM (22 minutes) | **Judge:** Kandis A. Westmore |
| **Case No.:** 25-cv-05868-LB | **Case Name:** California Sportfishing Protection Alliance v. BFI Waste Systems of North America, LLC | |

**For Plaintiff(s):** William Carlon
**For Defendant(s):** Thomas Bruen

**Deputy Clerk:** Cindy C. Fan                **Court Reporter:** Not Reported

## PROCEEDINGS

Further Telephone Conference held via Zoom Conference Call.
An in-person Settlement Conference is set for **5/15/2026 at 10:00 a.m.,** Oakland Courtroom to be determined. Settlement Conference statements due on **5/5/2026**.

The parties are directed to review and comply with the Court's settlement conference standing order available at:  www.cand.uscourts.gov/judges/westmore-kandis-a-kaw