**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## FURTHER SETTLEMENT CONFERENCE CALL MINUTES

| **Date:** June 25, 2026 | **Time:** 12:30 PM - 2:48 PM (2 hours, 18 minutes) | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 25-cv-05868-LB | **Case Name:** California Sportfishing Protection Alliance v. BFI Waste Systems of North America, LLC | |

**For Plaintiff(s):** William Carlon
**For Defendant(s):** Thomas Bruen

**Deputy Clerk:** Cindy C. Fan                    **Court Reporter:** Not reported/recorded.

### PROCEEDINGS

Review of settlement submissions from the parties from 12:30-2:15pm.
Further Settlement Call held via Zoom Conference Call from 2:15-2:48pm.
A Further Settlement Call is scheduled with Defendant for **7/2/2026 at 3:00pm**.
A Further Settlement Call is scheduled with Plaintiff for **7/2/2026 at 4:00pm.**

Parties to refer to Dkt. 30 for the conference call information.