WILLIAM N. CARLON (SBN 305739)
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115
Email: william@carlonlaw.com
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE     ) | Case Number: 3:25-cv-05868-LB |
|     ) | |
|     Plaintiff,    ) | **UPDATED JOINT CASE MANAGEMENT STATEMENT** |
|     ) | |
|     vs.    ) | |
| BFI WASTE SYSTEMS, LLC and REPUBLIC SERVICES, INC.,    ) | |
|     ) | |
|     Defendants.    ) | |
|     ) | |

Pursuant to Docket Number 33, the parties submit this updated joint case management statement. Except as noted below, the parties refer the Court to their previously-submitted joint case management statement, Docket Number 32.

**1.     Settlement and ADR**

The parties conducted an in-person settlement conference on May 15, 2026 with Magistrate Judge Westmore. The case did not settle, but discussions have continued since. The parties have had settlement calls with Judge Westmore on June 25th, July 2nd, and have another call scheduled for July 13th. The parties are continuing to exchange drafts of a proposed consent decree, and settlement negotiations are ongoing.

Page **1** of **2**

*Updated Joint Case Management Statement*               *Case No: 3:25-cv-05868-LB*

**2.      Discovery**

Concurrent with the settlement discussions, the parties are engaged in the discovery process. Plaintiff has propounded written discovery, including requests for admissions, requests for production of documents, interrogatories, and requests for inspection of land. Plaintiff expects to notice depositions of Defendants' designated persons under FRCP 30(b)(6) after obtaining and reviewing the responses to this first set of discovery.

Defendants have propounded document requests on Plaintiff. The parties have agreed to a one-time extension of the outstanding discovery requests. Defendants' responses are due August 10th, and Plaintiff's responses are due August 17th.

Dated: July 9, 2026          /s/ William Carlon
                                          Counsel for Plaintiff

Dated: July 9, 2026          /s/ Thomas Bruen
                                          Counsel for Defendants

*Updated Joint Case Management Statement*                          *Case No: 3:25-cv-05868-LB*