**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**AMENDED FURTHER SETTLEMENT CONFERENCE CALL MINUTES**

| **Date:** July 2, 2026 | **Time:** 3:00 – 3:21 (21 Minutes) 4:00 – 4:26 (26 Minutes) | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 25-cv-05868-LB | **Case Name:** California Sportfishing Protection Alliance v. BFI Waste Systems of North America, LLC | |

**For Plaintiff:** William Carlon, Counsel and Chris Shutes, Executive Director for Plaintiff
**For Defendants:** Thomas Bruen

**Deputy Clerk:** Cindy C. Fan          **Court Reporter:** Not Reported/Recorded

**PROCEEDINGS**

Further Settlement Conference Call held with the Defendants' Counsel from 3:00 – 3:21 p.m. via Zoom Conference Call.
Further Settlement Conference Call held with the Plaintiff's Counsel and Executive Director from 4:00 – 4:26 p.m. via Zoom Conference Call.
Negotiations are ongoing.
A Further Settlement Call is scheduled with Defendant for **7/13/2026 at 2:00pm.**
A Further Settlement Call is scheduled with Plaintiff for **7/13/2026 at 3:00pm.**