**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**FURTHER SETTLEMENT CONFERENCE CALL MINUTES**

| **Date:** July 13, 2026 | **Time:** 2:00 PM - 2:40 PM (40 minutes) | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 25-cv-05868-LB | **Case Name:** California Sportfishing Protection Alliance v. BFI Waste Systems of North America, LLC | |

**For Plaintiff(s):** William Carlon
**For Defendant(s):** Thomas Bruen

**Deputy Clerk:** Cindy C. Fan               **Court Reporter:** Not Reported/Recorded

**PROCEEDINGS**

Further Settlement Conference negotiations held via conference call and email.
Negotiations are to be continued. The Further Settlement Conference Call set for 7/13/2026 at 3:00pm is vacated.