**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SETTLEMENT CONFERENCE MINUTES**

| **Date:** August 7, 2026 | **Time:** 35 minutes | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 25-cv-05868-LB | **Case Name:** California Sportfishing Protection Alliance v. BFI Waste Systems of North America, LLC | |

**For Plaintiff(s):** William Nazar Carlon
**For Defendant(s):** Thomas M. Bruen

**Deputy Clerk:** Cindy C. Fan                **Court Reporter:** Not reported/recorded

**PROCEEDINGS**

Further Settlement Conference negotiations held via email.
Parties have reached a settlement in principle and will file a notice of settlement after finalizing the consent decree for submission to the court.