William N. Carlon (State Bar No. 305739)
Email: william@carlonlaw.com
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, CA 94559
Phone: (530) 514-4115

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California non-profit association, <br><br> Plaintiff, <br><br> v. <br><br> BFI WASTE SYSTEMS OF NORTH AMERICA, LLC, <br><br> Defendant. | Case No: 3:25-cv-05868-LB <br><br> **NOTICE OF SETTLEMENT** |

- 1 -

**TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff California Sportfishing Protection Alliance and Defendant BFI Waste Systems of North America, LLC, parties in the above-captioned action, have reached settlement and executed a consent decree. The consent decree is subject to the federal agencies' 45-day review period.[1]

PLEASE TAKE FURTHER NOTICE that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed consent decree by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency.  *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)).

The regulatory agencies' review period will end on or about **September 26, 2026**.  If the reviewing agencies do not object to the proposed consent decree, Plaintiff will file a notice of non-objection on or about that date and request entry of the consent decree; if any of the reviewing agencies do object, the parties would require additional time to meet and confer and attempt to resolve the agencies' concerns, and the Court will be so notified.

Date:  August 12, 2026                    LAW OFFICE OF WILLIAM CARLON

                                          William N. Carlon
                                          Counsel for Plaintiff
                                          California Sportfishing Protection Alliance

---

[1] Title 33 of the United States Code Section 1365(c) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

- 2 -

NOTICE OF SETTLEMENT                                    Case No.: 3:25-cv-05868-LB