WILLIAM N. CARLON (SBN 305739)
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115
Email: william@carlonlaw.com
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE<br><br>Plaintiff,<br><br>vs.<br>BFI WASTE SYSTEMS, LLC and REPUBLIC SERVICES, INC.,<br><br>Defendants. | Case Number: 3:25-cv-05868-LB<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to the Court's August 20, 2026 order, the parties submit this short update. The parties reached an agreement and fully executed a proposed consent decree on August 12, 2026. Plaintiff, via certified mail, served the Department of Justice and Environmental Protection Agency with copies of the proposed consent decree the same day, though they were not received by the Agencies until August 20th. The 45-day review period thus began on August 20th and will end October 5, 2026. Other than the initial notification acknowledging receipt of the proposed consent decree, the parties have not received any communications from the Agencies to date, and expect to file the request for entry of the consent decree on October 5th.

Dated: September 30, 2026

/s/ William Carlon
Counsel for Plaintiff

Dated: September 30, 2026

/s/ Thomas Bruen
Counsel for Defendants