William Carlon (Bar No. 305739)
Email: william@carlonlaw.com
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, CA 94559
Phone: (530) 514-4115

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>BFI WASTE SYSTEMS OF NORTH AMERICA, LLC,<br><br>Defendant. | Case No. 3:25-cv-05868-LB<br><br>**NOTICE OF COMPLETED AGENCY REVIEW; REQUEST TO ENTER [PROPOSED] CONSENT DECREE**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)** |

TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the 45-day agency-review period has concluded as of October 5, 2026. *See* 33 U.S.C. § 1365(c) (requiring that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator"); and, 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)). No objection to the proposed consent decree has been made by either the Attorney General or the Administrator.

**NOW THEREFORE**, Plaintiff California Sportfishing Protection Alliance respectfully requests that the Court (1) execute and enter the proposed consent decree, attached hereto as Exhibit 1, and dismiss Plaintiff's claims against Defendant BFI Waste Systems of North America, LLC with prejudice, except to the extent provided for in the proposed consent decree to interpret, modify or enforce the proposed consent decree; and (2) pursuant to Federal Rule of Civil Procedure 41(a)(2), dismiss with prejudice all claims asserted in this action against Defendant Republic Services, Inc.

Date: October 5, 2026

LAW OFFICE OF WILLIAM CARLON

William N. Carlon
Counsel for Plaintiff
California Sportfishing Protection Alliance